IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>and<br><br>SARAH BUDD,<br><br>　　　　Intervenor-Plaintiff,<br><br>VS.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§   Civil Action No. 3:22-CV-1807-D<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **JUDGMENT**

In a memorandum opinion and order filed on February 7, 2024, the court granted summary judgment in part in favor of SkyWest Airlines, Inc. ("SkyWest"). Thereafter, the remaining claims of plaintiff Equal Employment Opportunity Commission ("EEOC") and plaintiff-intervenor Sarah Budd ("Budd") for hostile work environment and retaliation were tried to a jury from November 12, 2024 to November 20, 2024. The jury returned a verdict partially in favor of the EEOC and Budd and partially in favor of SkyWest.

Accordingly, it is ordered and adjudged that the EEOC and Budd jointly recover from SkyWest the sum of $170,000 in compensatory damages and $130,000 in punitive damages, for a total of $300,000 in damages, together with post-judgment interest on these sums at the rate of 4.35% per annum.

The taxable costs of court, as calculated by the clerk of court, of the EEOC and Budd are assessed against SkyWest.

Done at Dallas, Texas November 20, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE