

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:22-CV-1807-D |
| and | § § | |
| SARAH BUDD, | § § | |
| Intervenor-Plaintiff, | § § § | |
| VS. | § § | |
| SKYWEST AIRLINES, INC., | § § | |
| Defendant. | § § | |

MEMBERS OF THE JURY:

I have received your note No. 1 in which you state:

> Could we have access, at least to some details about Title VII since it was mentioned by the plaintiffs that this law was "violated" according to the evidence presented?

All of the law that is necessary for you to return a verdict—including that which pertains to Title VII—is contained in the court's charge. You are therefore instructed to follow the instructions contained in the court's charge.

Respectfully,

Sidney A. Fitzwater
Senior Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § | Civil Action No. 3:22-CV-1807-D |
| and | § § § | |
| SARAH BUDD, | § § § | |
| Intervenor-Plaintiff, | § § § | |
| VS. | § § § | |
| SKYWEST AIRLINES, INC., | § § § | |
| Defendant. | § | |

JURY NOTE NO. __1__
(Presiding Juror, please insert Note No.)

TO JUDGE FITZWATER:

Could we have access, at least, to some details about Title VII since it was mentioned by the plaintiffs that this law was "violated" according to the evidence presented?

_____
(To be signed by Presiding Juror)