THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:22-cv-01807-C |
| SKYWEST AIRLINES, INC., | § § § | |
| *Defendant.* | § | |

**APPENDIX IN SUPPORT OF INTEVENOR PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT FOR REASONABLE FEES AND COSTS**

| Exhibit No. | Title | Appendix Number |
|---|---|---|
| | | |
| 1 | Declaration of Kyla Cole | App. 0001- 0007 |
| 2 | Declaration of David Wiley | App. 0008--000271 |
| 3 | Declaration of Brooke Lopez | App. 000272-000275 |
| 4 | Declaration of Alexa Lang | App. 000276-000279 |
| 5 | Declaration of Michael Amster | App. 000281-000285 |
| 6 | Declaration of Edith Thomas | App.000285-000363 |
| 7 | Declaration of Ann Henry | App. 000364-000368 |
| 8 | Declaration of James Sanford | App. 000367-000379 |

Respectfully submitted,

*/s/   Edith K. Thomas*
**EDITH K. THOMAS**
TX Bar No. 24060717
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
P: (301) 587-9373
F: (240) 428-9142
ethomas@zagfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2024, I electronically filed the foregoing document with the Clerk of Court for the Northern District of Texas through the CM/ECF document filing system, which will send notification of the filing to all counsel of record.

*/s/ Edith Thomas*
Edith Thomas

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2024, I electronically filed the foregoing document with the Clerk of Court for the Northern District of Texas through the CM/ECF document filing system, which will send notification of the filing to all counsel of record.

*/s/ Edith Thomas*
Edith Thomas