# *Classes of the 2010s*



# 21 lawyers listed

# $409.91 average rate

# $385.00 median rate

Fee Petition
APP. 000207



# Classes of the 2010s: The Rates

 **$750.00\*** Greg McAllister (JD 2011)

 $552.30\* Paolo Meireles (JD 2010)

 $550.00\* Sara Richey (JD 2010)

 $500.00\* Tanner G. M. Franklin (JD 2015)

 $462.64\* Marina Lyons (JD 2013)

 $440.00\* Brooke C. Bahlinger (JD 2019)

 $417.55\* David Bergen (JD 2015)



 $417.55\* Olivia C. Mallary (JD 2015)

 $405.82\* Shana Khader (JD 2011)

 $400.00\* Sean F. Hightower (JD 2013)

 $385.00\* Anna Richardson (JD 2017)

 $364.52\* Janine Kapp (JD 2015)

 $364.52\* Logan A. Pardell (JD 2015)

 $364.52\* Joshua Cittadino (JD 2014)

 $351.71\* Stephanie Gharakhanian (JD 2013)

 $336.90\* Andrew Jason Magid (JD 2012)

 $331.38\* Rachael Rustmann (JD 2013)

 $325.86\* Megan Dixon (JD 2012)

 $325.00\* Benjamin J. Newman (JD 2016)

 $292.19\* Reema Ali (JD 2018)

  **$270.55\*** Sean Goldhammer (JD 2016)

# Classes of the 2010s: The Work



\* Greg McAllister (class of '11): Mr. McAllister works in Dallas. His online biography states that he "represents employers and individuals regarding noncompete/nonsolicit, trade secrets, overtime, business disputes, and executive compensation." On February 9, 2022, Judge Amos Mazzant ruled that the rate of $750.00 per hour was reasonable for Mr. McAllister's work in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Greg McAllister . . . Rate . . . $750.00 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

\* Paolo Meireles (class of '10): Mr. Meireles works in Florida. His online biography states that his "practice focuses on class and collective action cases seeking unpaid wages on behalf of current and former employees nationwide." On December 20, 2018, Judge Amos Mazzant found Mr. Meireles's $500.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $500.00 per hour: "Paolo Meireles . . . Rate . . . $500"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $52.30 difference from that hourly rate of $500.00 Judge Mazzant found reasonable in 2018.[1] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $500.00 hourly rate for Mr. Meireles is $552.30.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=500

**\* Sara Richey (class of '10):** Ms. Richey works in Houston. Her online biography notes that her practice areas include "Labor-Employment." On March 28, 2023, Judge Michael J. Truncale ruled that $550.00 per hour was a reasonable rate for her work prosecuting a Beaumont employment discrimination case. *See Harmon v. Texas Dep't. of Criminal Justice*, No. 1:20-cv-00460 (Doc. 108) at p. 4, PageID #: 3192 (E.D. Tex. Beaumont) ("Given their time in practice, the number of cases on these types of issues, and the expertise witnessed by the judge in this case, the rate of $550 per hour for Sara Richey and Clayton Craighead is appropriate and reasonable.").

**\* Tanner G.M. Franklin (class of '15):** Ms. Franklin works in Etoile. On December 1, 2022, Judge Michael J. Truncale found that Mr. Franklin's request for fees at a rate of $500.00 per hour was reasonable for his work prosecuting a Texas Whistleblower Act employment case. *See Mahan v. Texas Dep't. of Public Safety*, No. 9:20-cv-00119 (Doc. 113) at p. 2, PageID #: 3463 (E.D. Tex. Lufkin) ("Plaintiffs request the follow hourly rates: $500.00/hour for Mr. Tanner G. M. Franklin's services . . . After considering the relevant factors and the evidence provided by Plaintiffs, the Court finds that Plaintiffs' request for attorneys' fees incurred at the district court level is reasonable.").

**\* Marina Lyons (class of '13):** Ms. Lyons works in Seattle. Her online biography states that she "has extensive experience litigating employment issues and has advised clients concerning wage and hour disputes, discrimination, breach of contract, non-compete claims, investigations by governmental agencies, and drafting employment handbooks and policies." She billed for employment law work she did in a Sherman bankruptcy case. *See In re: Nuvectra Corp.*, No. 19-43090 (Doc. 364) at p. 3, (Doc. 364-3) at Exhibit C, p. 1, and (Doc. 364-6) at Exhibit F, p. 46 (Bankr. E.D. Tex. Sherman) (Summary of Final Fee Application of Dorsey & Whitney LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period November 12, 2019 through June 2, 2020) (for work including "Further research and analyze the way in which courts determine the location of the site of employment for purposes of telecommuting employees under the Worker Adjustment and Retraining Notification Act"). For that work, the "Stated Rate" was $475.00 per hour—though her firm applied a 10% discount yielding $427.50 per hour, and that was the charge for work done in 2019. *See id.* On August 12, 2020, Judge Brenda T. Rhoades approved the request for fees. *See id.* (Doc. 386). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $35.14 difference).[2] Adjusted *only* for such inflation from the year of Judge

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=427.50

Rhoades's approval (2020) to the end of 2022, that $427.50 hourly rate for Ms. Lyons is $462.64.

**\* Brooke C. Bahlinger (class of '19):** Ms. Bahlinger works in Dallas. Her online biography states that she "represents clients in all aspects of labor and employment matters, including trial strategy, pleadings and motion practice, discovery, mediation, settlement, trial and appeal." In a Sherman bankruptcy case, her law firm has her hourly rate listed as $440.00 for employment law work in 2021 such as, "Consult with team and B. Smith regarding noncompete and consideration issues; research and analyze case law regarding non-compete consideration and severance; analyze authentication issue with affidavit." *See In re: Spherature Investments LLC*, No. 20-42492 (Doc. 760) at p.1 & (760-3) at p. 1 & (Doc. 760-8) at p. 117 (Bankr. E.D. Tex. Sherman) (Summary of Second Interim and Final Application of Foley & Lardner LLP, as Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 21, 2020 through November 12, 2021) ("Brooke C. Bahlinger . . . FYE 2021 Hourly Rate . . . $440 . . ."). On January 12, 2022, Judge Brenda T. Rhoades granted the request for payment of these fees. *See id.* (Doc. 798).

**\* David Bergen (class of '15):** Mr. Bergen works in Houston. His online biography notes that he represents injured plaintiffs. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $350.00 per hour for Mr. Bergen's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $67.55 difference from that hourly rate of $350.00 Judge Guirola found reasonable in 2016.[3] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2022, that $350.00 hourly rate for Mr. Bergen is $417.55.

**\* Olivia C. Mallary (class of '15):** Ms. Mallary works in Louisiana. Her online biography notes that her practice areas include employment law. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $350.00 per hour for Ms. Mallary's work in a Sherman FLSA case. *See Vassallo v. Goodman*

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=350

*Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016—a $67.55 difference from that hourly rate of $350.00 Judge Guirola found reasonable in 2016.[4] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2022, that $350.00 hourly rate for Ms. Mallary is $417.55.

**\* Shana Khader (class of '11):** Ms. Khader works in Washington D.C. but previously worked in Dallas—where her she "represented workers in challenging abusive employment practices through class and individual litigation, policy advocacy, and community organizing." On June 10, 2020, Judge Amos L. Mazzant awarded fees for work Ms. Khader did in a Sherman unpaid wage/breach of contract case—adopting the recommendation of Magistrate Judge Christine A. Nowak that determined Ms. Khader's hourly rate of $375.00 was reasonable. *See Moctezuma v. Dion Islas*, No. 4:18-cv-00342 (Doc. 87) at p. 1, PageID #: 384 (E.D. Tex. Sherman) ("Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees (Dkt. #82) is GRANTED, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant."); *id.* (Doc. 86) at p. 8, PageID #: 382 ("Plaintiffs' Counsel report hourly rates ranging between $270.00 to $405.00 (Dkt. 82-1 at 3). Ms. Khader's hourly rate is $375.00, Ms. Ali's hourly rate is $270.00, and Mr. Willett's hourly rate is $405.00. . . . The Court finds the requested hourly rates to be reasonable and appropriate in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $30.82 difference from that hourly rate of $375.00 that these judges found was reasonable in 2020.[5] Adjusted *only* for such inflation from the year of these judges' rulings (2020) to the end of 2022, that $375.00 hourly rate for Ms. Khader is $405.82.

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=350

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=375

\* **Sean F. Hightower (class of '13):** Mr. Hightower works in Nacogdoches. On December 1, 2022, Judge Michael J. Truncale found that a rate of $400.00 per hour was reasonable for his work prosecuting a Texas Whistle-blower Act employment case. *See Mahan v. Texas Dep't. of Public Safety*, No. 9:20-cv-00119 (Doc. 113) at p. 2, PageID #: 3463 (E.D. Tex. Lufkin) ("Plaintiffs request the follow hourly rates: . . . $400.00/hour for Mr. Sean F. Hightower's services. . . . After considering the relevant factors and the evidence provided by Plaintiffs, the Court finds that Plaintiffs' request for attorneys' fees incurred at the district court level is reasonable.").

\* **Anna Richardson (class of '17):** Ms. Richardson works in Dallas. Her online biography states that her practice "is primarily focused on complex business and employment disputes, including cases involving allegations of breach of contract, breach of fiduciary duty, fraud, tortious interference, conversion, and trade secret misappropriation." On February 9, 2022, Judge Amos Mazzant ruled that $385.00 per hour was reasonable for her work in a Sherman breach of employment agreement case. *See Crane v. Rave Restaurant Group, Inc.*, No. 4:20-cv-00013-SDJ (Doc. 143) at pp. 8 & 10, PageID #: 3046 & 3048 (E.D. Tex. Sherman) ("Crane asserts that the reasonable hourly rates for its timekeepers are as follows: . . . Timekeeper . . . Anna Richardson . . . Rate . . . $385.00 . . . Considering their years of experience and the nature of this case, Dunn's and Iacuone's rates—along with rates of the other attorneys and staff who worked on this case—are consistent with the prevailing market rate for either the Sherman or the Dallas-Fort Worth legal community.").

\* **Janine Kapp (class of '15):** Ms. Kapp works in New York. On December 20, 2018, Judge Amos Mazzant determined Ms. Kapp's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Janine Kapp . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $34.52 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[6] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $330.00 hourly rate for Ms. Kapp is $364.52.

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=330

\* **Logan A. Pardell (class of '15):** Mr. Pardell works in Florida. His online biography states that he "focuses his practice on nationwide complex class and collective action litigation, including claims for unpaid overtime wages, unpaid bonuses, meal and rest break violations, unreimbursed business expenses, Equal Pay Act violations and ERISA violations." On December 20, 2018, Judge Amos Mazzant determined Mr. Pardell's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Logan Pardell . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $34.52 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[7] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $330.00 hourly rate for Mr. Pardell is $364.52.

\* **Joshua Cittadino (class of '14):** Mr. Cittadino works in New Jersey. His online biography states that he "has defended employee's rights against unfair employment practices in both state and federal court." On December 20, 2018, Judge Amos Mazzant found Mr. Cittadino's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Joshua Cittadino . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $34.52 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[8] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $330.00 hourly rate for Mr. Cittadino is $364.52.

---

[7]

[8] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=330

\* **Stephanie Gharakhanian (class of '13):** Ms. Gharakhanian works in Austin. She previously served as special counsel for the Workers Defense Project—"a community organization for low-wage, immigrant workers in the Texas construction industry." On January 8, 2020, Judge Amos L. Mazzant found that $325.00 per hour was a reasonable hourly rate for Ms. Gharakhanian's work in a Sherman FLSA case. *See Guzman v. GS Fire Protection, LLC*, No. 4:19-cv-00214 (Doc. 12) at p. 4, PageID #: 187 (E.D. Tex. Sherman) ("The Court also finds that the reasonable rates for Plaintiffs' counsel are . . . $325/hour for Stephanie Gharakhanian[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $26.71 difference from that hourly rate of $325.00 that Judge Mazzant found reasonable in 2020.[9] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2020) to the end of 2022, that $325.00 hourly rate for Ms. Gharakhanian is $351.71.

\* **Andrew Jason Magid (class of '13):** Ms. Magid works in Dallas. His online practice area lists "Labor-Employment" as his practice area. On September 12, 2018, Magistrate Judge K. Nicole Mitchell awarded fees based, in part, on a rate of $305.00 per hour for Mr. Magid's work in a Tyler alleged employment discrimination case. *See Farris v. Ben E. Keith Co.*, No. 6:17-cv-301 (Doc. 137) at p. 4, PageID #: 3210 (E.D. Tex. Tyler) ("Defendant requests an hourly rate of . . . $305 per hour for attorney Magid . . . . Plaintiff's response does not dispute that these rates are reasonable hourly rates."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $31.90 difference from that hourly rate of $305.00 used in Magistrate Judge Mitchell's 2018 decision.[10] Adjusted *only* for such inflation from the year of Magistrate Judge Mitchell's decision (2018) to the end of 2022, that $305.00 hourly rate for Mr. Magid is $336.90.

\* **Rachael Rustmann (class of '13):** Ms. Rustman works in Nashville. Her online biography states that she "focuses her practice primarily on cases involving wage and hour violations on an individual and collective action basis." On October 12, 2018, Magistrate Judge John D. Love found that Mr. Loren's requested rate of $400.00 per hour was reasonable for work in Tyler FLSA case. *See Montes v. Metro Materials and Machinery, LLC*, No. 6:18-cv-00367-RWS (Doc. 11) at p. 6, PageID #: 47 (E.D. Tex. Tyler) ("Plaintiff requests fees for 8.5 hours billed

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=325

[10] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=305

in connection with matter (5.4 hours by associate Rachael Rustmann at $300.00 per hour and 3.1 hours for partner James Loren at $400.00 per hour). Id. at ¶ 9. This amounts to total fees of $2,860.00 in this matter. . . .  The Court finds such request to be reasonable and finds that Plaintiff is entitled to $2,860.00 in attorney's fees."). On January 7, 2019, Judge Robert W. Schroeder III found no error in these determinations. *See id.* (Doc. 15) at pp. 2-3 (Order Adopting Report and Recommendation of United States Magistrate Judge) ("Using the "lodestar" method, the Magistrate Judge then determined that Plaintiff was entitled to $2,860.00 in attorney's fees. . . . The Court similarly finds no plain error in these determinations."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $31.38 difference from that hourly rate of $300.00 Magistrate Judge Love found reasonable in 2018.[11] Adjusted *only* for such inflation from the year of Magistrate Judge Love's finding (2018) to the end of 2022, that $300.00 hourly rate for Ms. Rustmann is $331.38.

\* Megan Dixon (class of '12): Ms. Dixon works in Dallas. Her online biography notes that she "focuses on providing efficient and effective representation in employment disputes." On April 24, 2018, Judge Amos Mazzant found her firm's request for fees was reasonable in a Sherman FLSA case. *See Cole v. Wilcox, MD PA*, No. 4:17-CV-00367 (Doc. 18) at p. 3, PageID #: 111 (E.D. Tex. Sherman) ("After reviewing Plaintiff's motion, the Court finds that Plaintiff's request is reasonable and should be granted"); *id.* (Doc. 16) at p. 6, ¶ 14, PageID #: 89 (Plaintiff's Amended Application for Attorneys' Fees and Costs and Brief in Support, seeking $295.00 per hour for Ms. Dixon's work). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018—a $30.86 difference from that hourly rate of $295.00 that Judge Mazzant found reasonable in 2018.[12] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2022, that $295.00 hourly rate for Ms. Dixon is $325.86.

\* Benjamin J. Newman (class of '16): Mr. Newman works in Austin. On December 1, 2022, Judge Michael J. Truncale found that a rate of $350.00 per hour was reasonable for his work prosecuting a Texas Whistleblower Act employment case. *See Mahan v. Texas Dep't. of Public Safety*, No. 9:20-cv-00119 (Doc. 113) at p. 2, PageID #: 3463 (E.D. Tex. Lufkin) ("Plaintiffs request the follow hourly rates: . . . $325.00/hour for Mr. Benjamin J. Newman's services. . . . After considering the relevant factors and the evidence provided by Plaintiffs, the

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=300

[12] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=295

Court finds that Plaintiffs' request for attorneys' fees incurred at the district court level is reasonable.").

* Reema Ali (class of '18): Ms. Ali works in Dallas. She is currently a non-practicing attorney with Equal Justice Works, a non-profit organization. She is working on a project "of integrated employment and immigration legal services for vulnerable immigrant workers to holistically combat workplace exploitation and improve immigration protection." She previously worked as an attorney for Equal Justice Center. On June 10, 2020, Judge Amos L. Mazzant awarded fees for work Ms. Ali did in a Sherman unpaid wage/breach of contract case—adopting the recommendation of Magistrate Judge Christine A. Nowak that determined Ms. Ali's hourly rate of $270.00 was reasonable. *See Moctezuma v. Dion Islas*, No. 4:18-cv-00342 (Doc. 87) at p. 1, PageID #: 384 (E.D. Tex. Sherman) ("Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees (Dkt. #82) is GRANTED, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant."); *id.* (Doc. 86) at p. 8, PageID #: 382 ("Plaintiffs' Counsel report hourly rates ranging between $270.00 to $405.00 (Dkt. 82-1 at 3). Ms. Khader's hourly rate is $375.00, Ms. Ali's hourly rate is $270.00, and Mr. Willett's hourly rate is $405.00. . . . The Court finds the requested hourly rates to be reasonable and appropriate in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $22.19 difference from that hourly rate of $270.00 that these judges found was reasonable in 2020.[13] Adjusted *only* for such inflation from the year of these judges' rulings (2020) to the end of 2022, that $270.00 hourly rate for Ms. Ali is $292.19.

* Sean Goldhammer (class of '16): Mr. Goldhammer works in Dallas for the Workers Defense Project—"a community organization for low-wage, immigrant workers in the Texas construction industry." On January 8, 2020, Judge Amos L. Mazzant found that $250.00 per hour was a reasonable hourly rate for Mr. Goldhammer's work in a Sherman FLSA case. *See Guzman v. GS Fire Protection, LLC*, No. 4:19-cv-00214 (Doc. 12) at p. 4, PageID #: 187 (E.D. Tex. Sherman) ("The Court also finds that the reasonable rates for Plaintiffs' counsel are . . . $250/hour for Sean Goldhammer[.] . . ."). According to the Consumer Price

---

[13] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=270

Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020—a $20.55 difference from that hourly rate of $250.00 that Judge Mazzant found was reasonable in 2020.[14] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2020) to the end of 2022, that $250.00 hourly rate for Mr. Goldhammer is $270.55.

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=250

# *West Texas*





WDTF† summary of rates listed for
labor and employment law work:

# 78 lawyers: $986.18 to $277.48

| Rate | Name / JD Year | Rate | Name / JD Year |
|---|---|---|---|
| $986.18* | Ricardo G. Cedillo (JD 1979) | $468.97* | Andrew Vickers (JD 2012) |
| $968.36* | Stephen E. Fox (JD 1987) | $450.00* | Blayne Fisher (JD 2013) |
| $943.44* | Jesse J. Gelsomini (JD 1986) | $441.84* | Corey E. Tanner (JD 2011) |
| $924.94* | Felicity A. Fowler (JD 1992) | $438.29* | Christopher Willett (JD 2009) |
| $860.00* | M. Scott McDonald (JD 1987) | $437.59* | Megan K. Mechak (JD 2003) |
| $842.01* | Eric J. Taube (JD 1983) | $432.12* | Jairo N. Castellanos (JD 2015) |
| $824.90* | Kelly D. Hine (JD 1997) | $431.99* | Stephen Key (JD 1994) |
| $750.00* | Raymond Mort (JD 1994) | $431.64* | J. Derek Braziel (JD 1995) |
| $750.00* | Michael P. Royal (JD 1992) | $431.64* | Joseph Bourbois (JD 1994) |
| $708.78* | David Weiser (JD 1986) | $427.35* | Edmond S. Moreland, Jr. (JD 1997) |
| $639.97* | Colin W. Walsh (JD 2011) | $417.55* | Robert Notzon (JD 1996) |
| $639.97* | Kalandra N. Wheeler (JD 2005) | $414.20* | Kristen Elizondo (JD 2007) |
| $627.68* | Mario A. Barrera (JD 1984) | $407.62* | Eric Johnston (JD 2005) |
| $626.44* | John Wenke (JD 1993) | $403.19* | Stephanie S. Rojo (JD 2003) |
| $626.44* | John P. Mobbs (JD 1992) | $401.62* | Adam D. Boland (JD 2004) |
| $600.62* | Laura O'Donnell (JD 1996) | $399.69* | Emily Frost (JD 2002) |
| $596.50* | Galvin B. Kennedy (JD 1996) | $390.00* | Lucas Meng (JD 2017) |
| $591.71* | Rebecca L. Fisher (JD 1994) | $389.59* | Caitlin Boehne (JD 2012) |
| $589.80* | Shafeeqa W. Giarratani (JD 2005) | $389.07* | Mauro Ramirez (JD 2007) |
| $575.55* | William S. Helfand (JD 1987) | $382.89* | Gregory Placzek (JD 2009) |
| $565.41* | Michael Shaunessy (JD 1987) | $382.89* | Vanessa Kinney (JD 2007) |
| $559.57* | Douglas B. Welmaker (JD 1993) | $375.86* | Kerry O'Brien (JD 2002) |
| $546.99* | Josh Sanford (JD 2001) | $369.98* | Meredith Matthews (JD 2006) |
| $525.00* | Andrew R. Gray (JD 2017) | $365.00* | Joshua H. Sisam (JD 2011) |
| $524.13* | Rachhana T. Srey (JD 2004) | $361.60* | Carmen Artaza (JD 2006) |
| $524.13* | Paul J. Lukas (JD 1991) | $357.90* | John Neuman (JD 2012) |
| $519.39* | Ramon Bissmeyer (JD 1993) | $357.90* | Aaron Johnson (JD 2008) |
| $512.82* | Maria Karos (JD 1993) | $357.90* | Manuel Quinto-Pozos (JD 2007) |
| $512.82* | Judy Jetelina (JD 1985) | $357.90* | Matt Bachop (JD 2006) |
| $507.56* | Robert G. "Bobby" Lee (JD 1993) | $346.30* | Alicia M. Grant (JD 2016) |
| $503.22* | Stephen J. Romero (JD 2004) | $339.15* | Alexander M. Baggio (JD 2009) |
| $502.11* | Taj Clayton (JD 2005) | $334.04* | Phillip J. Moss (JD 2010) |
| $500.00* | Lauren Braddy (JD 2010) | $331.38* | Melinda Arbuckle (JD 2011) |
| $492.29* | Lawrence Morales II (JD 2005) | $328.19* | Afroz Baig (JD 2015) |
| $486.99* | Elizabeth Higginbotham (JD 1993) | $328.19* | Steve Rauls (JD 2011) |
| $486.99* | Thomas H. Padgett, Jr. (JD 1989) | $313.22* | Michael L. Parsons (JD 2011) |
| $479.63* | Edward M. "Ted" Smith (JD 1994) | $300.84* | Allison Hartry (JD 2012) |
| $477.20* | Don J. Foty (JD 2006) | $287.99* | Collin Wynne (JD 2010) |
| $469.45* | Holly Williams (JD 1993) | $277.48* | Jay Forester (JD 2013) |

† Courts note the relevant community for fees is district-wide—not by city or division. *See, e.g., Lewallen v. City of Beaumont*, 394 Fed. Appx. 38, 46 (5th Cir. 2010); *Treadway v. Otero*, No. 2:19-CV-244 [Doc. 157] at p. 9 (S.D. Tex. Oct. 6, 2020) (citing cases and concluding: "When it comes to parsing between divisions, it appears that it is the district, rather than the division, that should govern the decision.").



## Classes of the 1970s: The Rates

# Ricardo G. Cedillo (JD 1979)
## **$986.18***



# *Classes of the 1970s: The Work*



\* Ricardo G. Cedillo (class of '79): Mr. Cedillo works in San Antonio. His online biography states that "he has earned an international reputation as one of the top trial attorneys." On April 10, 2012, Judge Xavier Rodriguez awarded fees in a San Antonio FLSA case and that fee award included work Mr. Cedillo did at the hourly rate of $750.00. *See Barrera v. MTC, Inc.*, No. 5:10-cv-00665 (Doc. 77) (W.D. Tex. San Antonio) ("Defendant has tendered affidavits explaining that it incurred $3,379 in attorney's fees in preparing for and attending the depositions in question and preparing the motion for sanctions. Defendant also incurred $451.75 in costs. Plaintiffs have not objected to these requested fees and costs. Plaintiffs Andrade and Molina are ordered to pay to Defendant a total of $3,830.75 within fourteen days of this Order."); *id.* Defendant's Submission of Attorneys' Fees and Expenses (Doc. 73) at pp. 2–3, ¶ 2 ("As shown by the attached evidence of Defendant's counsel (Cox Smith Matthews Incorporated and Davis, Cedillo & Mendoza, Inc.), Defendant incurred a total of $3,379.00 in attorneys' fees in preparing for and attending the depositions, as well as drafting its Motion for Sanctions, among other necessary tasks, and incurred a total of $451.75 in costs for a grand total of $3,830.75."); *id.* Affidavit of Ramon D. Bissmeyer in Support of Submission of Attorneys' Fees and Expenses (Doc. 73-1) at pp. 4–5, ¶¶ 7–8 ("Defendant MTC has incurred $2,004.00 in attorneys' fees in connection with its Motion for Sanctions and the above-described related tasks. . . ."); Declaration of Mark W. Kiehne in Support of Attorneys' Fees and Expenses (Doc. 73-2) at p. 2, ¶¶ 7–8 ("Ricardo G. Cedillo - $750 (1 hour x $750/hour) . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $236.18 difference).[1] Adjusted *only* for such inflation from the date of this award to the end of 2022, that $750 hourly rate for Mr. Cedillo is $986.18.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=750

## *Classes of the 1980s*



# 10 lawyers listed

# $709.10

**average rate**

# $668.23

**median rate**

Fee Petition
APP. 000224



# Classes of the 1980s: The Rates



**$968.36***
Stephen E. Fox
(JD 1987)



**$627.68***
Mario A. Barrera
(JD 1984)



**$943.44***
Jesse J. Gelsomini
(JD 1986)



**$575.55***
William S. Helfand
(JD 1987)



**$860.00***
M. Scott McDonald
(JD 1987)



**$565.41***
Michael Shaunessy
(JD 1987)



**$842.01***
Eric J. Taube
(JD 1983)



**$512.82***
Judy Jetelina
(JD 1985)



**$708.78***
David Weiser
(JD 1986



**$486.99***
Thomas "Tom" H. Padgett, Jr.
(JD 1989)

# *Classes of the 1980s: The Work*



\* Stephen E. Fox (class of '87): Mr. Fox works in Dallas. His online biography states that his "advice/counseling and trial practice is focused on complex business and employment litigation." In a 2009 fee agreement for work in an Austin breach of employment compensation agreement case he noted that his standard hourly rate was $675. *See Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) at p. 4, n. 2 (W.D. Tex. Austin) (Fee Agreement dated February 19, 2009 attached to Declaration of William T. Jacks: "For example, my standard rate is $675/hr."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $293.36 difference).[1] Adjusted *only* for such inflation from the year of this stated standard billing rate (2009) to the end of 2022, that $675.00 standard hourly rate for Mr. Fox is $968.36.

\* Jesse J. Gelsomini (class of '86): Mr. Gelsomini works in The Woodlands. His online biography states that he "helps clients in all industries efficiently resolve matters related to employee benefits, ERISA, and executive compensation." In 2015, his firm listed his standard hourly rate as $765.00 for employment work in an Austin bankruptcy case. *See In re: Dune Energy, Inc.*, No. 15-10336 (Doc. 322) at pp. 2, 33, (Doc. 322-1) at pp. 44, 45, 181, (Doc. 322-4) at p. 1 (Bankr. W.D. Tex. Austin) (Chapter 11 First Interim Fee Application Summary, for work that included "Review of the Dune Energy, Inc. Employees Severance Plan document (.4); research and draft memo regarding whether the Plan is subject to ERISA (.4); review the consequences of ERISA preemption and whether the benefits provided under the Plan are vested prior to termination of employment (.5); analyze the amendment and termination provisions in the Plan (.5); draft correspondence regarding the same (.2)."). On July 28, 2015, Judge H. Christopher Mott granted fees that included this $765.00 per hour rate. *See id.* (Doc. 322-1) at p. 44. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $178.44 difference).[2] Adjusted *only* for such

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=675

[2] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=765

inflation from the date of this award to the end of 2022, that $765 hourly rate for Mr. Gelsomini is $943.44.

\* **M. Scott McDonald (class of '87):** Mr. McDonald works in Dallas. His online biography states that he "has represented clients in all areas of employment and labor law for more than 20 years." In 2022, he billed at the rate of $860.00 per hour for his work defending an Austin breach of employment agreement case. *See Heaven Media Ltd. v. Everts*, No. 1:22-cv-00025 (Doc. 37) at p. 8 (W.D. Tex. Austin) (Defendants' Motion for Attorney's Fees: "For the reasons stated above, Defendants respectfully request that the Court grant this Motion and find that Plaintiff and/or its counsel are liable to Defendants for the attorney's fees that Defendants incurred . . . in the amount of $73,892.00 plus interest, and grant them such other and further relief to which they may be justly entitled to receive."); *id.* at p. 15, ¶ 7 (Declaration of Michael P. Royal: "M. Scott McDonald is a Shareholder with Littler . . . . His rate in this action is $860.00 . . . ."). On December 6, 2022, Magistrate Judge Susan Hightower recommended granting this fee request that was premised, in part, on fees for Mr. McDonald at that $860.00 per hour rate. *See id.* (Doc. 41) at p. 12 ("Based on the foregoing, the undersigned Magistrate Judge RECOMMENDS that the District Court GRANT Defendants' Motion for Attorney's Fees (Dkt. 37) and award attorneys' fees in the amount of $73,892.00."). On December 21, 2022, Judge Lee Yeakel approved and accepted that recommendation. *See id.* (Doc. 42) at p. 2 ("IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge, filed December 6, 2022 (Doc. #41), is APPROVED and ACCEPTED as set forth herein. IT IS FURTHER ORDERED that Defendants' Motion for Attorney's Fees, filed June 24, 2022 (Doc. #37), is GRANTED. Defendants shall recover their attorney's fees from Plaintiff in the amount of $73,892.00.").

\* **Eric J. Taube (class of '83):** Mr. Taube works in Austin. His online biography states that he has extensive experience in several practice areas, including "employment disputes." In 2021, he billed for work at the hourly rate of $790 in an Austin employment case involving claims of wrongful employment termination and defamation. *See Lanham v. AWR Servs., Inc.*, No. D-1-GN-20-003923 (419th Judicial District Court for Travis County, Texas) (Second Supplemental Declaration of Andrew Vickers filed April 8, 2021) at p. 2, ¶ 4 ("By agreement with our client, the current hourly billing rate for services performed from January 1, 2021 through March 11, 2020 [sic] for this matter is $440 for me (a partner), $790 for Eric Taube (a partner), and $205 for Ann Marie Jezisek and Kristen Warner (paralegals). I am familiar with rates charges [sic] by attorneys in Texas for litigation matters and these rates are reasonable when compared to customary rates in Texas for lawsuits such as this one."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor

Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $52.01 difference).[3] Adjusted *only* for such inflation from 2021 to the end of 2022, that $790 hourly billing rate for Mr. Taube is $842.01.

## * David Weiser (class of '86): Mr. Weiser works in Austin. His online

biography notes that his "practice concentrates on representation of employees before state and federal courts, the EEOC, and the MSPB, in both individual and class action litigation." On January 11, 2021, Miriam G. Harvey, the Director of the Office of Civil Rights and Diversity for the United States Department of the Treasury issued a Final Agency Decision in which Mr. Weiser's requested rate of $665 for work in a federal sector employment disability discrimination case. *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F at pp. 6, 12 ("Further, FS contended that the attorney's fees were based on the Laffey Matrix, which provides hourly rates to attorneys in the Washington, DC-Baltimore area, whereas Complainant's attorneys are in Texas, and therefore the hourly rates should be reduced. . . . [W]ith respect to attorney's fees, we find the number of hours, the hourly rate, and the services itemized to be reasonable. . . . Complainant is entitled to an award of $66,907 in attorney's fees . . . ."); *see also* Reply Declaration of David Weiser Regarding Attorneys Fees filed in *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F at p. 4, ¶ 4 ("This hourly rate ($665) applies to Texas clients who pay for my services in advance, and also for those Texas clients who have a contingency fee arrangement for my representation."); Complainant's Reply to Arguments Submitted by Bureau of the Fiscal Services filed in *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F on November 24, 2020 (requesting a total lodestar of "$66,907.00" in fees based, in part, on Mr. Weiser's requested hourly rate of "$665"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $43.78 difference).[4] Adjusted *only* for such inflation from 2021 to the end of 2022, that $665.00 hourly billing rate for Mr. Weiser is $708.78.

## * Mario A. Barrera (class of '84): Mr. Berrera works in San Anto-

nio. His online biography describes him as "a labor and employment partner" in his law firm. In 2020, he billed his work in a San Antonio employment termination case at the hourly rate of $580. *See Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) (Affidavit of Mario A. Barrera dated July 9, 2020: "I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=790

[4] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=665

this lawsuit based on an hourly fee. . . . My hourly billing rate on this matter is $580."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $47.68 difference).[5] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $580.00 hourly billing rate for Mr. Barrera is $627.68.

\* <span style="color:red">William S. Helfand (class of '87):</span> Mr. Helfand works in Houston. His online biography notes that his "labor and employment law practice focuses on the defense of both public and private employers throughout Texas and the United States." In or before 2021, he contracted to represent the Texas Attorney General in a Texas Whistleblower Act case brought by former employees of that office in *Brickman v. Office of the Attorney General of the States of Texas*, No. D-1-GN-20-006861 (250th Judicial District Court for Travis County, Texas). *See* Emma Platoff, *Texas attorney general's office paying lead lawyer $540 per hour to defend against whistleblower lawsuit*, Texas Tribune (Dec. 14, 2020); Outside Counsel Contract OAG Contract No. 2021-302-0051 ("Addendum B . . . Rates . . . William S. Helfand – Partner . . . Hourly Rate . . . $540"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (an $35.55 difference).[6] Adjusted *only* for such inflation from the year of this government-contracted billing rate to the end of 2022, that $540.00 hourly billing rate for Mr. Helfand is $575.55.

\* <span style="color:red">Michael Shaunessy (class of '87):</span> Mr. Shaunessy works in Austin. His online biography states that his "practice involves commercial litigation, employment litigation, and defending governmental entities." On March 7, 2012, <span style="color:red">Magistrate Judge John Primomo</span> issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an Advisory establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=580

[6] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=540

for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.* (Doc. 30-5) (billing statements). As only one other partner—and one associate—are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate was $310. On March 29, 2012, Judge Fred Biery adopted the report and recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $135.41 difference).[7] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $430 hourly rate for Mr. Shaunessy is $565.41.

## * Judy Jetelina (class of '85): Ms. Jetelina works in San Antonio.

Her online biography states that she "has practiced exclusively in the area of labor and employment for more than 25 years." On February 16, 2012, Judge Harry Lee Hudspeth awarded $390 per hour for work she did in an Equal Pay Act case. *See Wojcik v. Ameripath San Antonio 5.01(A) Corp.*, No. SA-10-CA-335-H (Doc. 74) at p. (W.D. Tex. San Antonio) (". . . , the Court finds that the following are reasonable amounts for the services of each professional: . . . Ms. Jetelina: .17 hours x $390 per hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $122.82 difference).[8] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $390 hourly rate for Ms. Jetelina is $512.82.

## * Thomas "Tom" H. Padgett, Jr. (class of '89): Mr. Padgett

works in Houston. His online biography states that he is a civil rights lawyer. On March 3, 2020, for work prosecuting a Waco employment discrimination case, Judge Jim Meyer granted Mr. Padgett $450.00 per hour. *See Abens v. Providence Health Servs. of Waco*, No. 2015-908-4 (170th Judicial District Court for McClennan County, Texas) (final judgment at p. 5) ("Thomas H. Padgett, Jr. is hereby awarded fees in a total amount of $57,465.00. Mr. Padgett billed 127.7 hours and bills at a rate of $450.00 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $36.99 difference).[9] Adjusted *only* for such inflation from the year of this ruling to the end of 2022, that $450 hourly rate for Mr. Padgett is $486.99.

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=430

[8] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=390

[9] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=450

## Classes of the 1990s



# 22 lawyers listed

# $567.78 average rate

# $521.76 median rate



# Classes of the 1990s: The Rates

 **$924.94\*** Felicity A. Fowler (JD 1992)

 **$600.62\*** Laura O'Donnell (JD 1996)

 **$512.82\*** Maria Karos (JD 1993)

 **$431.64\*** J. Derek Braziel (JD 1995)

 **$824.90\*** Kelly D. Hine (JD 1997)

 **$596.50\*** Galvin B. Kennedy (JD 1996)

 **$507.56\*** Robert G. "Bobby" Lee (JD 1993)

 **$431.64\*** Joseph Bourbois (JD 1994)

 **$750.00\*** Raymond Mort (JD 1994)

 **$591.71\*** Rebecca L. Fisher (JD 1994)

 **$486.99\*** Elizabeth L. Higginbotham (JD 1993)

 **$427.35\*** Edmond S. Moreland, Jr. (JD 1997)

 **$750.00\*** Michael P. Royal (JD 1992)

 **$559.57\*** Douglas B. Welmaker (JD 1993)

 **$479.63\*** Edward M. "Ted" Smith (JD 1994)

 **$417.55\*** Robert Notzon (JD 1996)

 **$626.44\*** John Wenke (JD 1993)

 **$524.13\*** Paul J. Lukas (JD 1991)

 **$469.45\*** Holly Williams (JD 1993)

 **$626.44\*** John P. Mobbs (JD 1992)

 **$519.39\*** Ramon Bissmeyer (JD 1993)

 **$431.99\*** Stephen Key (JD 1994)

bankruptcy case. *See In re: Dune Energy, Inc.*, No. 15-10336 (Doc. 322) at p. 2, (Doc. 322-1) at pp. 43, 44, 45, (Doc. 322-4) at p. 1 (Bankr. W.D. Tex. Austin) (Chapter 11 First Interim Fee Application Summary describing her work that included "Review and analyze client's severance policy (.4); review and analyze client's previous termination letter for layoffs (.4); review and analyze employee benefits motion and order (.4); prepare correspondence providing employment law advice concerning potential layoffs (.4)" and "Review and revise termination letter for laid off employees (.5); attention to termination of severance plan (.5)" and "Attention to cancellation of severance plan and communications with client regarding terminations and correspondence related to same (.2).""). On July 28, 2015, Judge H. Christopher Mott granted fees that included this rate. *See id.* (Doc. 322-1) at p. 44. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $174.94 difference).[1] Adjusted *only* for such inflation from the date of this award to the end of 2022, that $750.00 hourly rate for Ms. Fowler is $924.94.

\* **Kelly D. Hine (class of '97):** Mr. Hine works in Dallas. His online biography states: "Many of his matters arise from a breakdown in relations between companies and their employees, shareholders, clients or vendors. He frequently advises on cases involving breaches of fiduciary duty, trade secret theft and nondisclosure and noncompetition agreements." In 2009, his client agreed to pay his firm $575.00 per hour—a discount from his unstated standard rate—for work in a breach of compensation agreement case filed in Austin by an employee. *See Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) at p. 4, n. 2 (W.D. Tex. Austin) (Fee Agreement dated February 19, 2009, attached to Declaration of William T. Jacks: "$575/hr. for Kelly's services" and "Please note that these rates are discounted from our standard rates"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $249.90 difference).[2] Adjusted *only* for such inflation from the year of this stated standard billing rate (2009) to the end of 2022, that $575.00 *discounted* hourly rate for Mr. Hine is $824.90.

\* **Raymond Mort (class of '94):** Mr. Mort works in Austin. His online biography states that he is a patent attorney. In 2022, he billed at the rate of $750.00 per hour for his work prosecuting an Austin breach of employment agreement case. *See MWK Recruiting, Inc. v. Jowers*, No. 1:18-cv-00444 (Doc. 347-2) at p. 3, ¶ 8 (Declaration of Raymond W. Mort, III: "As itemized in the attached

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=750

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=575

listing of time and task entry records, my amount of time spent prosecuting MWK's breach of contract claims, upon which the Court found in favor of MWK, were 1,080.75 hours. My hourly rate for this work was $750 an hour. Based on my experience, the billable rate I charged for this matter is a reasonable rate for the Austin market and the Western District of Texas.").

\* **Michael P. Royal (class of '92):** Mr. Royal works in Dallas. His online biography states that he "has more than 25 years of experience representing regional, national, and international clients in multiparty complex and class action litigation in state and federal courts, specifically addressing wage and hour and discrimination issues." In 2022, he billed at the rate of $750.00 per hour for his work defending an Austin breach of employment agreement case. *See Heaven Media Ltd. v. Everts*, No. 1:22-cv-00025 (Doc. 37) at p. 8 (W.D. Tex. Austin) (Defendants' Motion for Attorney's Fees: "For the reasons stated above, Defendants respectfully request that the Court grant this Motion and find that Plaintiff and/or its counsel are liable to Defendants for the attorney's fees that Defendants incurred . . . in the amount of $73,892.00 plus interest, and grant them such other and further relief to which they may be justly entitled to receive."); *id.* at p. 13, ¶ 3 (Declaration of Michael P. Royal: "My rate in this Action of $750.00 is reasonable for a shareholder with my years of experience in unfair competition cases such as this one in the Austin area."). On December 6, 2022, Magistrate Judge Susan Hightower recommended granting this fee request that was premised, in part, on fees for Mr. Royal at that $750.00 per hour rate. *See id.* (Doc. 41) at p. 12 ("Based on the foregoing, the undersigned Magistrate Judge RECOMMENDS that the District Court GRANT Defendants' Motion for Attorney's Fees (Dkt. 37) and award attorneys' fees in the amount of $73,892.00."). On December 21, 2022, Judge Lee Yeakel approved and accepted that recommendation. *See id.* (Doc. 42) at p. 2 ("IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge, filed December 6, 2022 (Doc. #41), is APPROVED and ACCEPTED as set forth herein. IT IS FURTHER ORDERED that Defendants' Motion for Attorney's Fees, filed June 24, 2022 (Doc. #37), is GRANTED. Defendants shall recover their attorney's fees from Plaintiff in the amount of $73,892.00.").

\* **John Wenke (class of '93):** Mr. Wenke works in El Paso. His online biography states that he "is an Employment Law Attorney practicing in the area of employment discrimination, wrongful termination, retaliation, and sexual harassment." On March 4, 2014, Judge Angie Juarez Barill issued a judgment that included attorneys' fees for work Mr. Wenke did in an El Paso employment discrimination case. *See Vielma v. ACC Holding, Inc.*, No 2011-DCV-04851 (346th Judicial District Court for El Paso County, Texas) (Judgment: "It is further ORDERED, ADJUDGED AND DECREED that Plaintiff ANTONIO VIELMA have and recover from Defendant ACC Holding, Inc. d/b/a AIR CARGO CARRIERS, INC. his attorney fees in the amount of two hundred and thirty-nine thousand,

four hundred and forty-five dollars ($239,445.00) for services rendered in this Court through the date of this judgment."). The hourly rate Judge Barill awarded then in 2014 appears to have been $500.00 per hour. *Compare* Brief of Appellee, filed January 10, 2015, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 44 n. 7 (Tex. Ct. App.—El Paso) ("Vielma requested attorney fees for 517.77 hours necessary to the successful pursuit of his discrimination claim through trial, at the rate of $500 per hour, for a total of $258,885. (9RR:9). The trial court awarded $239,445. (CR:1627). Appellant assumes that the court reduced the hours, rather than the hourly rate.") *with* Brief of Appellant, filed November 22, 2014, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 17 (Tex. Ct. App.—El Paso) (arguing that "The Trial Court Awarded An Extravagant $500 Per Hour As A Reasonable Hourly Rate And Only Discounted The Hours Expended By Ten Percent For The Numerous Unsuccessful Claims."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $126.44 difference).[3] Adjusted *only* for such inflation from the date of this award to the end of 2022, that $500 hourly rate for Mr. Wenke is $626.44.

\* John P. Mobbs (class of '92): Mr. Mobbs works in El Paso. His practice areas include civil appeals. On March 4, 2014, Judge Angie Juarez Barill issued a judgment that included attorneys' fees for work Mr. Mobbs did in an El Paso employment discrimination case. *See Vielma v. ACC Holding, Inc.*, No 2011-DCV-04851 (346th Judicial District Court for El Paso County, Texas) (Judgment: "It is further ORDERED, ADJUDGED AND DECREED that Plaintiff ANTONIO VIELMA have and recover from Defendant ACC Holding, Inc. d/b/a AIR CARGO CARRIERS, INC. his attorney fees in the amount of two hundred and thirty-nine thousand, four hundred and forty-five dollars ($239,445.00) for services rendered in this Court through the date of this judgment."). The hourly rate Judge Barill awarded then in 2014 appears to have been $500.00 per hour. *Compare* Brief of Appellee, filed January 10, 2015, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 44 n. 7 (Tex. Ct. App.—El Paso) ("Vielma requested attorney fees for 517.77 hours necessary to the successful pursuit of his discrimination claim through trial, at the rate of $500 per hour, for a total of $258,885. (9RR:9). The trial court awarded $239,445. (CR:1627). Appellant assumes that the court reduced the hours, rather than the hourly rate.") *with* Brief of Appellant, filed November 22, 2014, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 17 (Tex. Ct. App.—El Paso) (arguing that "The Trial Court Awarded An Extravagant $500 Per Hour As A Reasonable Hourly Rate And Only Discounted The Hours Expended By Ten Percent For The Numerous Unsuccessful Claims."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=500

2014 (a $126.44 difference).[4] Adjusted *only* for such inflation from the date of this award to the end of 2022, that $500 hourly rate for Mr. Mobbs is $626.44.

\* <span style="color:red">Laura O'Donnell (class of '96):</span> Laura O'Donnell works in San Antonio. Her online biography states that "her practice includes employment litigation, client counseling, executive investigations, executive agreements, nationwide employment-law compliance projects, and employment aspects of M&A and other corporate transactions." On December 9, 2020, her law firm filed a motion seeking attorneys' fees for her work defending a San Antonio FLSA case. *See Harrington v. Southwestern Bell Telephone L.P.*, No. 5:20-CV-00770-JKP-RBF (Doc. 31) at p. 6 (W.D. Tex. San Antonio) (Defendants' Motion for Attorneys' Fee Award: "As set forth in the attached Declaration of Laura E. O'Donnell, Defendants incurred attorneys' fees both in connection with their Response to Plaintiff's motion and in preparing for the duly-noticed hearing that Plaintiffs' counsel failed to attend. See Ex. A (filed under seal). The amount of time spent on the Response and preparing for the hearing and the rates charged by defense counsel are reasonable, considering the questions in this case, the time required, the relevant legal skill, and the qualifications of the attorneys involved, as well as the customary fees for defending cases such as this one. See Ex. A."); Though her law firm's fee bills / invoices themselves—the referenced Exhibit—were later sealed, other filings in the case seem to reveal that her rate for work in 2020 on that case was $555.00 per hour. *See Harrington v. Southwestern Bell Telephone L.P.*, No. 5:20-CV-00770-JKP-RBF (Doc. 36) at p. 11 (W.D. Tex. San Antonio) (Plaintiffs' Response in Opposition to Defendants' Motion for Attorneys' Fee Award: "At her rate of $555.00 a hour, that amounts to fees of $832.50. This is based on the billing entry of 0.5 hours for attendance at the hearing, and one hour of preparation time for the hearing. Plaintiffs' do not object to Ms. O'Donnell's rate and find that her experience, credentials and rate are similar to the education, credentials, experience and reasonable rates for plaintiffs' counsel, Mr. Braziel, Mr. Brown and Mr. Dunn."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $45.62 difference).[5] Adjusted *only* for such inflation from the date of this billed rate to the end of 2022, that $555 hourly rate for Ms. O'Donnell is $600.62.

\* <span style="color:red">Galvin B. Kennedy (class of '96):</span> Mr. Kennedy works in Houston. His online biography notes that he "champions the rights of employees in all sectors from oil field workers to nurses." On January 8, 2016, <span style="color:red">Judge Robert Pitman</span> awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy*

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=500

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=555

*Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr. Kennedy's rate of $500 per hour. *See id.* (Doc. 19) at pp. 2-3 (motion for fees and costs) ("Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . .3 hours for Galvin Kennedy, president of firm, at the rate of $500 per hour;"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $96.50 difference).[6] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $500.00 hourly rate for Mr. Kennedy is $596.50.

\* <span style="color:red">Rebecca L. Fisher (class of '94):</span> Ms. Fisher works in San Antonio. Her online biography notes that she "practices Federal Employment Law throughout the nation" — representing federal sector government employees. On July 11, 2012, the United States Equal Employment Opportunity Commission determined it was error for an administrative law judge to award her less than her requested hourly rate of $450 per hour for work representing a Texas-based post office employee in a disability employment discrimination case. *See Linda Towns v. Patrick R. Donohue*, Appeal No. 0120112091 ("Upon review, we find that the AJ erred in reducing the Attorney's hourly rate from $450.00 to $246.00."); *see also Cox v. Brennan*, No. 2:14-cv-00810-JRG-RSP (Doc. 88-1) at p. 5, PageID #978, ¶ 15 (E.D. Tex. May 10, 2017) (Declaration of Rebecca Fisher: "I have been awarded $450 per hour for over ten years by the Commission and by Federal Agencies" (*Linda Towns v. Patrick R. Donohue*, Appeal No. 220112091 (July 11, 2012) . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $141.71 difference).[7] Adjusted *only* for such inflation from the year of this ruling to the end of 2022, that $450.00 hourly rate for Ms. Fisher is $591.71.

\* <span style="color:red">Douglas B. Welmaker (class of '93):</span> Mr. Welmaker works in Longview. His online biography states that he "devotes 100% of his time to fighting wage theft on behalf of employees." On May 5, 2021, <span style="color:red">Magistrate Judge Ronald C. Griffin</span> ruled—in a report and recommendation—that $525 per hour was a reasonable rate for Mr. Welmaker's work in a Midland/Odessa FLSA case. *See Garcia v. Von Grist, Inc.*, No. MO:20-CV-00093 (Doc. 21) at p. 12 (W.D. Tex. May 5, 2021) (Report and Recommendation) ("The time records attached to Mr. Welmaker's declaration indicate that Mr. Welmaker expended 8.4 hours at an

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=500

[7] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=450

hourly rate of $525.00 and his paralegal expended 2.9 hours. . . . Having reviewed Mr. Welmaker's declaration, the undersigned finds that this hourly rate is reasonable for an attorney practicing in the field of employment law with comparable experience to Mr. Welmaker."). On May 27, 2021, Judge David Counts adopted that report and recommendation. *See id.* (Doc. 23) at p. 1 (W.D. Tex. May 5, 2021) ("Order Adopting Report and Recommendation"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $34.57 difference).[8] Adjusted *only* for such inflation from the year of these rulings to the end of 2022, that $525.00 hourly rate for Mr. Welmaker is $559.57.

\* **Paul J. Lukas (class of '91):** Mr. Lukas works in Minneapolis. His online biography states that he "is a committed advocate for employee rights." On November 10, 2015, Judge Sam Sparks determined $425.00 was a reasonable hourly rate for work Mr. Lukas did in an Austin FLSA case. *See Clark v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at pp. 15–16 (W.D. Tex. Austin) ("Consequently, the Court finds Srey's claimed $425 per hour rate reasonable in light of her experience and skill and the rates of Austin-area attorneys, but reduces Lukas's claimed rate from $525 to $425."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $99.13 difference).[9] Adjusted *only* for such inflation from the date of this determination to the end of 2022, that $425.00 hourly rate for Mr. Lukas is $524.13.

\* **Ramon Bissmeyer (class of '93):** Mr. Bissmeyer works in San Antonio. His online biography states that he "represent[s] employers in managing their employees, whether through the evaluation or disciplinary processes (and creating proper documentation of these efforts), administrative proceedings before state/federal agencies (such as the Texas Workforce Commission, EEOC and Department of Labor) or litigation in state and federal courts." On April 10, 2012, Judge Xavier Rodriguez awarded fees in a San Antonio FLSA case and that fee award included work Mr. Bissmeyer did at the hourly rate of $395.00. *See Barrera v. MTC, Inc.*, No. 5:10-cv-00665 (Doc. 77) (W.D. Tex. San Antonio) ("Defendant has tendered affidavits explaining that it incurred $3,379 in attorney's fees in preparing for and attending the depositions in question and preparing the motion for sanctions. Defendant also incurred $451.75 in costs. Plaintiffs have not objected to these requested fees and costs. Plaintiffs Andrade and Molina are ordered to pay to Defendant a total of $3,830.75 within fourteen days of this Order."); *id.* (Doc. 73) at pp. 2–3, ¶ 2 (Defendant's Submission of Attorneys' Fees and

---

[8] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=525

[9] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=425

Expenses: "As shown by the attached evidence of Defendant's counsel (Cox Smith Matthews Incorporated and Davis, Cedillo & Mendoza, Inc.), Defendant incurred a total of $3,379.00 in attorneys' fees in preparing for and attending the depositions, as well as drafting its Motion for Sanctions, among other necessary tasks, and incurred a total of $451.75 in costs for a grand total of $3,830.75."); *id.* (Doc. 73-1) at pp. 1, 4–5, ¶¶ 4, 7–8 (Affidavit of Ramon D. Bissmeyer in Support of Submission of Attorneys' Fees and Expenses: "At the time of the deposition in question, my hourly fee for this matter was $395.00 per hour. . . . Defendant MTC has incurred $2,004.00 in attorneys' fees in connection with its Motion for Sanctions and the above-described related tasks. . . . Further, attached to this affidavit is a copy of the invoice for services rendered by the court reporter for attending the depositions of Plaintiffs Andrande and Molina and taking the Certificates of Non-Appearance, in the amount of $300, and which services were paid by Cox Smith[fn]."); *id.* (Doc. 73-2) at p. 2, ¶¶ 7–8 (Declaration of Mark W. Kiehne in Support of Attorneys' Fees and Expenses: "Ricardo G. Cedillo - $750 (1 hour x $750/hour) Mark W. Kiehne - $625 (2.5 hours x $250/hour) Total $1375. . . . In addition, MTC incurred an additional expense in the amount of $151.75 for the court reporter's certificate of non-appearance of Plaintiff Javier Andrade."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $124.39 difference).[10] Adjusted *only* for such inflation from the date of this award (2012) to the end of 2022, that $395.00 hourly rate for Mr. Bissmeyer is $519.39.

## * Maria Karos (class of '90): Ms. Karos works in Dallas. Her online biography notes that she "focuses her practice on high-stakes catastrophic injury cases and complex business litigation matters." On March 7, 2012, Magistrate Judge John Primomo issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an Advisory establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.*

---

[10] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=395

(Doc. 30-5) (billing statements). As only one other partner—and one associate—are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate was $310. On March 29, 2012, Judge Fred Biery adopted the report and recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $122.82 difference).[11] Adjusted *only* for such inflation from the year of this billing (2012) to the end of 2022, that $390 hourly rate for Ms. Karos is $512.82.

* Robert G. "Bobby" Lee (class of '93): Mr. Lee works in Dallas. His online biography notes that he "specializes in employment law, representing employers, executives, and other employees in all facets of the employment relationship." On July 5, 2012, Judge Lee Yeakel awarded $386.00 per hour for work Mr. Lee did in an Austin FLSA case. *See Flowers v. Interra Hydro, Inc.*, No. 1:11-CV-421-LY (Doc. 35) at p. 3 (W.D. Tex. Austin) ("the court adopts Interra's suggested rate of $386 per-hour as the hourly rate for Mr. Lee."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $121.56 difference).[12] Adjusted *only* for such inflation from the date of this award (2012) to the end of 2022, that $386.00 hourly rate for Mr. Lee is $507.56.

* Elizabeth L. Higginbotham (class of '93): Ms. Higginbotham works in San Antonio. Her online biography states that she "is a *nurse attorney* in private practice who works with nurses across the State of Texas as well as nurses in Texas practicing under a multi-state compact license." On March 3, 2020, Judge Jim Meyer rendered judgment that included fees at a rate of $450.00 per hour for Ms. Higginbotham's work prosecuting a Waco employment discrimination case. *See Abens v. Providence Health Servs. of Waco*, No. 2015-908-4 (170th Judicial District Court for McClennan County, Texas) (final judgment at p. 4: "Elizabeth Higginbotham is hereby awarded fees in the amount of $118,225.00. This amount is based on 256.5 hours of work and rates which ranged as follows: . . . Through the date of trial, Ms. Higginbotham billed 207.4 hours at a rate of $450.00 per hour . . . .). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $36.99 difference).[13] Adjusted

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=390

[12] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=386

[13] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=450

*only* for such inflation from the year of this ruling to the end of 2022, that $450 hourly rate for Ms. Higginbotham is $486.99.

\* Edward M. "Ted" Smith (class of '94): Mr. Smith works in Austin. His online biography notes that he "specializes in representing employers in all aspects of the employer-employee relationship, from training and advice to litigation and appeal." On October 1, 2021, Magistrate Judge Dustin M. Howell granted fees as discovery sanctions in an Austin FLSA case. *See McNamara v. Your Fare, Inc.*, No. 1:21-cv-00140-LY (Doc. 31) at pp. 1-2 (W.D. Tex. Austin) ("Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions is GRANTED. IT IS FURTHER ORDERED: . . . that Defendants' counsel of record, Constangy, Brooks, Smith & Prophete, LLP, pay to Plaintiff's counsel of record, Cornell Smith Mierl Brutocao Burton, LLP, the amount of $3,825 within twenty-one (21) days of this Order, as payment of Plaintiff's reasonable attorneys' fees incurred in conjunction with this Motion."). The amount of fees was premised on the requested rate of $450 per hour for Mr. Smith's work. *See id.* (Doc. 20) at p. 6 (Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions: "Mr. Smith's hourly billable rate is $450, . . . ."); *id.* (Doc. 23-1) at pp. 3-4 (Exhibit 1 to Plaintiff's Sur-reply to Defendants' Response to Motion to Compel Discovery Responses and Request for Sanctions: "Plaintiff respectfully requests that the Court: . . . order Defendants and their counsel of record, jointly and severally, to pay Plaintiff her reasonable expenses, including attorneys' fees in the amount of $3,825, within seven (7) days of the Court's Order."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $29.63 difference).[14] Adjusted *only* for such inflation from the year of this ruling (2021) to the end of 2022, that $450 hourly rate for Mr. Smith is $479.63.

\* Holly Williams (class of '93): Ms. Williams works in Midland. Her online biography states that she "is the only attorney in the Permian Basin who is Board Certified by the Texas Board of Legal Specialization in Labor and Employment Law." On June 22, 2018, Judge David Counts granted Ms. Williams's request for attorneys' fees in a Midland/Odessa employment discrimination case. *See Roberts v. Brinkerhoff Inspection, Inc.*, No. 7:16-cv-00342 (Doc. 86) at p. 1 (W.D. Tex. Midland/Odessa) ("After due consideration, the Court GRANTS Plaintiff's unopposed motions for attorney fees and expenses pursuant to 42 U.S.C. § 2000e-5(k) for the amounts requested in the motions and described in the proposed judgment."). The granted request itself was premised on an hourly rate of $425.00 for the work Ms. Williams did in the case. *See id.* (Doc. 80) at p. 3 (Plaintiff's Unopposed Motion for Attorneys' Fees: "Plaintiff requests an hourly rate of $425 for lead counsel Holly Williams[.] . . ."). According to the Consumer

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=450

Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $44.45 difference).[15] Adjusted *only* for such inflation from the year of this ruling to the end of 2022, that $425 hourly rate for Ms. Williams is $469.45.

\* **Stephen Key (class of '94):** Mr. Key works in Dallas. His online biography states that his "practice is limited to the representation of management in matters of employment litigation, governmental regulation and union relations." In 2017, Mr. Key testified concerning his fees for work in a San Antonio FLSA case. *See Espinosa v. Stevens Tanker Division, LLC*, No. 5:15-cv-879-XR (Doc. 94) (W.D. Tex. San Antonio) (Affidavit of Stephen C. Key, with billing statement attached as Exhibit 1, filed in Defendant Stevens Tanker Division, LLC's Motion for Fees). His firm's billing statement shows he billed $375.00 per hour for 2017 work in the case. *See id.* at p. 24. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $56.99 difference).[16] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $375.00 hourly rate for Mr. Key is $431.99.

\* **J. Derek Braziel (class of '95):** Mr. Braziel works in Dallas. On December 8, 2015, Judge David Alan Ezra ruled that $350.00 per hour was a reasonable rate for Mr. Braziel's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) at pp. 16–17 (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be reasonable and customary for this type of litigation . . . J. Derek Braziel . . . $350"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $81.64 difference).[17] Adjusted *only* for such inflation from the year of this ruling to the end of 2022, that $350 hourly rate for Mr. Braziel is $431.64.

\* **Joseph Bourbois (class of '94):** Mr. Bourbois works in San Antonio. His online biography states that he practices "in all areas of commercial law, construction law, employment law, false advertising law, personal injury law, and complex litigation." In 2015, he billed for his work in an Austin employment discrimination case at the hourly rate of $350.00. *See Santos v. Wincor Nixdorf, Inc.*, No. 1:16-cv-00440-RP (Doc. 82-1) at p. 2 (W.D. Tex. Austin) (Affidavit of Mario A. Barrera: "Our firm charged Defendant . . . $350.00 per hour for Joseph A.

---

[15] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=425

[16] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=375

[17] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=350

Bourbois's (Counsel) time[.]. . ."); *id.* (Doc. 82-2) at p. 4 (Invoice dated November 10, 2015: "Joseph A. Bourbois . . . Counsel . . . Rate . . . $350.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $81.64 difference).[18] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $350 hourly rate for Mr. Bourbois is $431.64.

\* Edmond S. Moreland, Jr. (class of '97): Mr. Moreland worked in Wimberley. His online biography stated that he "maintained a special emphasis on labor and employment law." On May 9, 2012, Magistrate Judge Andrew Austin ruled that Mr. Moreland's requested hourly rate of $325.00 for work in an Austin FLSA case was reasonable. *See Ransom v. M. Patel Enters., Inc.*, No. 1:10-cv-00857 (Doc. 194) at p. 6 (W.D. Tex. Austin) ("The Court concludes that Moreland's requested hourly rate of $325 is reasonable in light of his experience and skill and the rates of similar attorneys practicing in the Austin area."), *reversed on other grounds* 734 F.3d 377 (5th Cir. 2013). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $102.35 difference).[19] Adjusted *only* for such inflation from the year of this billing to the end of 2022, that $325 hourly rate is $427.35.

\* Robert Notzon (class of '96): Mr. Notzon works in Austin. His online biography notes that his practice areas include labor and employment law. On March 15, 2016, Judge Sam Sparks awarded an hourly rate of $350.00 for Mr. Notzon's work in an Austin FLSA case. *See Saldivar v. Austin Indep. Sch. Dist.*, No. 14-CA-00117 (Doc. 97) at p. 12 (W.D. Tex. Austin) ("AISD does not challenge Saldivar's counsel's rate of $350 per hour, and therefore the Court finds this hourly rate reasonable for the Austin area."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $67.55 difference).[20] Adjusted *only* for such inflation from the year of this award to the end of 2022, that $350 hourly rate for Mr. Notzon is $417.55.

---

[18] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=350

[19] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=325

[20] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=350

# *Classes of the 2000s*



## 25 lawyers listed

## $434.12 average rate

## $403.19 median rate

Fee Petition
APP. 000244



# Classes of the 2000s: The Rates


**$639.97***
Kalandra N. Wheeler (JD 2005)


$477.20*
Don J. Foty (JD 2006)


$399.69*
Emily Frost (JD 2002)


$357.90*
Aaron Johnson (JD 2008)


$589.80*
Shafeeqa W. Giarratani (JD 2005)


$438.29*
Christopher Willett (JD 2009)


$389.07*
Mauro Ramirez (JD 2007)


$357.90*
Manuel Quinto-Pozos (JD 2007)


$546.99*
Josh Sanford (JD 2001)


$437.59*
Megan K. Mechak (JD 2003)


$382.89*
Gregory Placzek (JD 2009)


$357.90*
Matt Bachop (JD 2006)


$524.13*
Rachhana T. Srey (JD 2004)


$414.20*
Kristen Elizondo (JD 2007)


$382.89*
Vanessa Kinney (JD 2007)


**$339.15***
Alexander M. Baggio (JD 2009)


$503.22*
Stephen J. Romero (JD 2004)


$407.62*
Eric Johnston (JD 2005)


$375.86*
Kerry O'Brien (JD 2002)




$502.11*
Taj Clayton (JD 2005)


$403.19*
Stephanie S. Rojo (JD 2003)


$369.98*
Meredith Matthews (JD 2006)


$492.29*
Lawrence Morales II (JD 2005)


$401.62*
Adam D. Boland (JD 2004)


$361.60*
Carmen Artaza (JD 2006)

# *Classes of the 2000s: The Work*



\* **Kalandra N. Wheeler (class of '05):** Ms. Wheeler works in Houston. Her online biography states that she "represents employees with various types of claims, including Title VII of the Civil Rights Act, the Family Medical Leave Act (FMLA), the Age Discrimination in Employment Act (ADEA), the Americans with Disabilities Act (ADA), and the Fair Labor Standards Act (FLSA)." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for her work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17 (W.D. Tex. San Antonio) ("To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually"). The fees request was based, in part, on her stated rate of $585.00 per hour. *See id.* (Doc. 152-1) at p. 6, ¶ 13 (Declaration Under Penalty of Perjury of Colin W. Walsh: "The firm's hourly rate for Kalandra N. Wheeler, who became a partner shortly after trial of this case, is also currently [since January 2019, when she became board certified in labor and employment law] $585/hour. This is the rate this firm charged and received for Ms. Wheeler's time in the San Antonio market."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs) . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $54.97 difference).[1] Adjusted *only* for such inflation from the date of Judge Lamberth's award (2019) to the end of 2022, that $585.00 hourly rate for Ms. Wheeler is $639.97.

\* **Shafeeqa W. Giarratani (class of '05):** Ms. Giarratani works in Austin. Her online biography notes that she "represents employers in federal and state court and before administrative agencies and regulatory agencies such as the Equal Employment Opportunity Commission, the Texas Workforce Commission, and the Office of Federal Contract Compliance Programs." On December 18, 2020, in a Dallas case involving allegations of race discrimination in employment, there was testimony stating her *standard* hourly rate in 2020 was $545.00

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=585

per hour. *See Ibarra v. Jacobs Eng. Group, Inc.*, No. 3:19-cv-01437-C (Doc. 41-1) at p. 12, ¶ 21 (N.D. Tex. Dallas) (Declaration of John M. Barcus) ("Shafeeqa W. Giarratani's standard rate for 2020 is $545 per hour[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $44.80 difference).[2] Adjusted *only* for such inflation from the year of this billing rate (2020) to the end of 2022, that $545.00 hourly rate for Ms. Giarratani is $589.80.

\* Josh Sanford (class of '01): Mr. Sanford works in Little Rock, Arkansas but is licensed in Texas and his firm keeps an office in San Antonio. His online biography notes that he "practices almost exclusively in employment litigation, focusing on wage and hour law." On August 14, 2019, Judge Royce C. Lamberth awarded Mr. Sanford's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on Mr. Sanford's requested rate of $500 per hour. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Doc. 168) (Declaration of Attorney Josh Sandford, filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs, listing rate: "Sanford, J. $500.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $46.99 difference).[3] Adjusted *only* for such inflation from the year of Judge Lamberth's fee award (2019) to the end of 2022, that $500.00 hourly rate for Mr. Sanford is $546.99.

\* Rachhana T. Srey (class of '04): Ms. Srey works in Minneapolis. Her online biography states that she "has extensive litigation experience, primarily dedicating her legal practice to national wage and hour complex class and collective action employment litigation." On November 10, 2015, Judge Sam Sparks determined $425.00 was a reasonable hourly rate for Ms. Srey's work in an Austin FLSA case. *See Clark v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at pp. 15–16 (W.D. Tex. Austin) ("Consequently, the Court finds Srey's claimed $425 per hour rate reasonable in light of her experience and skill and the rates of Austin-area attorneys, but reduces Lukas's claimed rate from $525 to $425.").

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=545

[3] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=500

According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $99.13 difference).[4] Adjusted *only* for such inflation from the year of Judge Sparks's determination (2015) to the end of 2022, that $425.00 hourly rate for Ms. Srey is $524.13.

\* Stephen J. Romero (class of '04): Mr. Romero works in San Antonio. His online biography states that he is an "Employment Law Attorney"— who worked at a law firm but now works in-house for a petroleum refinery company. In 2020, his prior law firm billed his work in a San Antonio employment termination case to a client at the hourly rate of $465.00. *See Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) (Affidavit of Mario A. Barrera: "I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on this lawsuit based on an hourly fee. . . . Stephen J. Romero, Counsel at NRF, has spent .75 hours reviewing cases and preparing the Motion. Mr. Romero's hourly rate is $465."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $38.22 difference).[5] Adjusted *only* for such inflation from the year of this billing (2020) to the end of 2022, that $465 hourly rate for Mr. Romero is $503.22.

\* Taj Clayton (class of '05): Mr. Clayton works in Dallas. In 2009, his client agreed to pay his firm $350.00 per hour—a discount from his unstated standard rate—for work in a breach of compensation agreement case filed in Austin by an employee. *See Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) at p. 4, n. 2 (W.D. Tex. Austin) (Fee Agreement dated February 19, 2009, attached to Declaration of William T. Jacks: "$350/hr. for Taj's services" and "Please note that these rates are discounted from our standard rates"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 43.46% higher in 2022 versus 2009 (a $152.11 difference).[6] Adjusted *only* for such inflation from the year of this fee agreement (2009) to the end of 2022, that $350 *discounted* hourly rate for Mr. Clayton is $502.11.

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=425

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=465

[6] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2022?amount=350

\* **Lawrence Morales II (class of '05):** Mr. Morales works in San Antonio. He is certified by the Texas Board of Legal Specialization as a labor and employment law specialist. On March 19, 2019, Judge David Briones granted Mr. Morales's law firm's request for attorneys' fees in an El Paso FLSA case. *See Bally v. Dreams Cabaret, LLC*, No. EP-CV-30-DB (Doc. 93) at p. 1 (W.D. Tex. El Paso) ("Plaintiffs ask the Court to award them $111,084.50 in attorney's fees and enter a final judgment in this case. After due consideration, the Court is of the opinion that Plaintiffs' Motion should be granted."). This amount of fees granted was based, in part, on Mr. Morales's requested rate of $450 per hour. *See id.* (Doc. 92) at pp. 6 & 7 (Plaintiff's Motion for Attorneys' Fees and Costs and for Entry of Final Judgment: "Based on the lodestar analysis, Plaintiffs seek $111,084.50 in attorneys' fees . . . Mr. Morales and Ms. Hartry performed all attorney work on this case. Mr. Morales's billing rate of $450 per hour is reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $42.29 difference).[7] Adjusted *only* for such inflation from the year of Judge Briones's ruling (2019) to the end of 2022, that $450.00 hourly rate for Mr. Morales is $492.29.

\* **Don J. Foty (class of '06):** Mr. Foty works in Houston. His online biography notes that his areas of practice include wage and hour cases. On January 8, 2016, Judge Robert Pitman awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr. Foty's rate of $400 per hour. *See id.* (Doc. 19) at p. 2 (motion for fees and costs: "Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . 29.2 hours for Don Foty, attorney in charge, at the rate of $400 per hour;"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $77.20 difference).[8] Adjusted *only* for such inflation from the year of Judge Pitman's fee award (2016) to the end of 2022, that $400.00 hourly rate for Mr. Foty is $477.20.

\* **Christopher Willett (class of '09):** Mr. Willett works in Austin with the Equal Justice Center—a "a non-profit law firm and employment justice organization which empowers low-income families, workers, and communities to

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=450

[8] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=400

achieve fair treatment in the workplace." On August 10, 2020, Magistrate Judge Susan Hightower ruled that $405.00 per hour was a reasonable rate for Mr. Willett's work in an Austin FLSA case. *See Barrientos v. Mikatsuki Int'l, Inc.*, No. 1:18-CV-00934-RP (Doc. 38) at p. 10, 2020 WL 4581883 (W.D. Tex. Austin) (noting time records "5.5 hours of work by licensed attorney Christopher J. Willett at $405 per hour ($2,227.50)" and ruling: "After carefully reviewing the time records and declaration, the Court finds the hours expended on the case, and the hourly rates charged, are reasonable."). On September 4, 2020, Judge Robert Pitman adopted Magistrate Judge Susan Hightower's report and recommendation that fees be awarded on that rate. *See id.* (Doc. 39) at p. 2 ("the Court accepts and adopts the report and recommendation as its own order."). On May 13, 2020, Judge Sam Sparks ruled Mr. Willett's requested fees were reasonable in an Austin FLSA case. *See Raya v. Yocham*, No. 1:17-cv-00820 (Doc. 33) at p. 5 (W.D. Tex. Austin) ("The Court also concludes Mr. Willett has shown the rates he charged is appropriate for the Austin, Texas community and is in line with fees awarded by judges in this District under similar circumstances."). The requested rate ruled reasonable was $405.00 per hour. *See id.* (Doc. 28) at p. 13 (Plaintiff's Motion for Default Judgment Against Defendant Howard Yocham and Capitol Area Resources Corp.: "Willett's declaration sets forth the market rates in the Austin area, as well as the credentials, experience, and expertise of each attorney whose work is the basis of Plaintiffs' motion for attorney fees. (Ex. C, ¶ 3). The recorded lodestar includes 17.2 hours at the rate of $405 per hour for attorney Christopher Willett, for a total of $6,966.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $33.29 difference).[9] Adjusted *only* for such inflation from the year of these rulings (2020) to the end of 2022, that $405.00 hourly rate for Mr. Willett is $438.29.

\* Megan K. Mechak (class of '03): Mr. Mechak works in Washington, D.C. Her online biography states that her work is "representing unions" and "protecting workers across the nation." On January 3, 2019, Magistrate Judge Andrew W. Austin found a rate of $400.00 per hour was reasonable for her work in an Austin wrongful termination in employment case. *See Harper v. Travis County Emergency Servs. Dist. 5*, No. 1-17-cv-01174-AWA (W.D. Tex. Austin) ("Plaintiff's counsel billed its partners' work at $400 per hour and its associate's work (who did the bulk of the work) at $300 per hour. . . . [T]he Court, based on its experience and discretion, finds the ourly rates billed to be reasonable. . . . 4.6 hours @ $400/hr (Woodley & Mechak) = $1,840; 17.9 hours @ $300/hr (Baig ) = $5,370; $1,840 + $5,370 = $7,210."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $37.59 difference).[10]

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=405

[10] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=400

Adjusted *only* for such inflation from the year of this ruling (2019) to the end of 2022, that $400.00 hourly rate for Ms. Mechak is $437.59.

\* Kristen Elizondo (class of '07): Ms. Elizondo works in San Antonio. Her online biography notes that prior to joining her current law firm, her practice "focused on general civil defense and employment litigation." On February 16, 2012, Judge Harry Lee Hudspeth awarded $315 per hour for work she did in a San Antonio Equal Pay Act case. *See Wojcik v. Ameripath San Antonio 5.01(A) Corp.*, No. SA-10-CA-335-H (Doc. 74) at p. (W.D. Tex. San Antonio) (". . . , the Court finds that the following are reasonable amounts for the services of each professional: . . . Ms. Elizondo:  10.29 hours x $315 per hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2021 versus 2012 (a $99.20 difference).[11] Adjusted *only* for such inflation from the year of Judge Hudspeth's fee award (2012) to the end of 2022, that $315 hourly rate for Ms. Elizondo is $414.20.

\* Eric Johnston (class of '05): Mr. Johnston works in Austin. His online biography states that he "represents clients in a variety of practice areas with a primary focus on complex litigation matters ranging from employment law to government liability and products liability law." On March 7, 2012, Magistrate Judge John Primomo issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an Advisory establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.* (Doc. 30-5) (billing statements). As only one other partner—and one associate— are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate Eric Johnston was $310. On March 29, 2012, Judge Fred Biery adopted the report and

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=315

recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a \$97.62 difference).[12] Adjusted *only* for such inflation from the year of this billing and court determinations (2012) to the end of 2022, that \$310 hourly rate for Mr. Johnston is \$407.62.

\* Stephanie S. Rojo (class of '03): Ms. Rojo works in Austin. Her online biography states that she "represents employers and their leadership in discrimination and retaliation lawsuits and charges of discrimination, wage claims, suits for breach of contract and various employment-related torts, and suits for violation of state and federal statutes, such as the FLSA, the FMLA, WARN, and the Texas workers' compensation retaliation statute." On February 7, 2018, she sought fees as sanctions in an Austin Equal Pay Act and alleged employment discrimination case involving a pro se plaintiff. *See Phillips v. Austin Diagnostic Clinic Surgery Center*, No. 1:17-cv-00940 (Doc. 18) (W.D. Tex. Austin) (Defendant Austin Diagnostic's Brief in Support of Motion for Attorneys' Fees Pursuant to Local Rule CV-7). The rate Ms. Rojo sought was \$350.00 per hour for work listed on a firm invoice attached to her affidavit—a rate she testified her client actually incurred in 2017. *See id.* (Doc. 18-2) at p. 7 (Invoice dated February 7, 2018: "Stephanie Rojo Partner 14.30 hours 350"); *id.* (Doc. 18-1) at pp. 2–3, ¶ 7 and p. 4, ¶ 12 (Affidavit of Stephanie S. Rojo: "I began representing Austin Diagnostic in this case on or around February 2017, and a reasonable billing rate for a counsel with my experience is \$350 per hour in this case. . . . In my opinion, these attorneys' fees incurred and to be incurred by Austin Diagnostic are reasonable, customary, and necessary when judged by the standards for fees and related expenses in the State of Texas."). Judge Sam Sparks, however, limited the fees awarded to ten hours and assigned an associate rate of \$250.00 per hour. *See id.* (Doc. 21) at p. 5 (Order of March 1, 2018: "Given the minimal amount of work necessary to defend this lawsuit, the Court estimates approximately ten hours of work were required to draft Austin Diagnostic's seven-page motion to dismiss. The Court adopts the reasonable hourly rate provided by Austin Diagnostic for an associate lawyer, \$250 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a \$15.20 difference from the rate *incurred*).[13] Adjusted *only* for such inflation from the year of this incurred billing (2017) to the end of 2022, that \$350.00 hourly rate for Ms. Rojo is \$403.19.

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=310

[13] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=350

\* Adam D. Boland (class of '04): Mr. Boland works in San Antonio. His online biography states that he "focuses his practice on representing employers in all aspects of employment law." In 2010, he testified that his hourly rate for work in defending a San Antonio FLSA case was $290 per hour. *See Borzello v. Texas Shine, Inc.*, No. SA-cv-0026-XR (Doc. 13-7) at p. 2, ¶¶ 4-5 (W.D. Tex. San Antonio) (Affidavit of Adam D. Boland: "I am an attorney of record for Defendant Texas Shine, Inc. ('TSI'). . . . My hourly rate on this matter is $290 an hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 38.49% higher in 2022 versus 2010 (a $111.62 difference).[14] Adjusted *only* for such inflation from the year of this billing (2010) to the end of 2022, that $290 hourly rate for Mr. Boland is $401.62.

\* Emily Frost (class of '02): Ms. Frost works in Austin. Her online biography notes that she "provides employment law services to both employees and employers." On July 9, 2021, Judge James R. Nowlin ruled that her rate of $375 per hour for work done prosecuting an Austin FLSA case was appropriate in the community. *See Menefee v. N-Title, LLC*, No. A-19-CV-00737-JRN (Doc. 64) at p. 20 (W.D. Tex. Austin) ("Plaintiff submits an affidavit from Emily Frost. Ms. Frost's affidavit states her rate during this case was $325 per hour until 2021 when it increased to $375 per hour, that she has practiced law since 2002, and that she is Board Certified in Labor and Employment Law. . . . The Court finds that the hourly rates charged in this case are appropriate hourly rates in the community for this type of work."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $24.69 difference).[15] Adjusted *only* for such inflation from the year of this ruling (2021) to the end of 2022, that $375.00 hourly rate for Ms. Frost is $399.69.

\* Mauro Ramirez (class of '07): Mr. Ramirez works in Houston. His online biography states: "Since 2007, Mauro has devoted his career to litigating discrimination, harassment, retaliation, unlawful termination, and other matters related to the workplace in Houston and across the State of Texas." On September 20, 2011, Judge Philip R. Martinez granted fees as a sanction for work in an El Paso employment discrimination and retaliation case. *See Santana v. Bergelectric Corp.*, No. EP-CV-281-PRM (Doc. 24) at p. 5 (W.D. Tex. El Paso) ("the Court is of the opinion that one hour's preparation is appropriate; therefore reasonable expense for preparation is $290."). This was the rate Mr. Ramirez's law firm requested for Mr. Ramirez's time. *See id.* (Doc. 18) at p. 4 (Defendant's

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2022?amount=290

[15] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=375

Submission of Fees and Costs Associated with the Status Conference of August 31, 2011, using $290 per hour as rate and stating: "I further certify that the hourly rate noted hereinabove reflects the actual rate charged to the client; and that it reflects the usual and customary rate billed by me to Bergelectric on this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.16% higher in 2022 versus 2011 (a $99.07 difference).[16] Adjusted *only* for such inflation from the year of Judge Martinez's ruling (2011) to the end of 2022, that $290.00 hourly rate for Ms. Ramirez is $389.07.

\* Gregory Placzek (class of '09): Mr. Placzek presently works in Arkansas but previously worked in San Antonio. His online biography notes that he "has represented thousands of employees in his career as an employment attorney." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for his work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17 (W.D. Tex. San Antonio) ("To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually[.]"). The fees request was based on the rate of $350.00 per hour. *See id.* (Doc. 152-1) at p. 7, ¶ 15 (Declaration Under Penalty of Perjury of Colin W. Walsh: "His rate now in the San Antonio market, based on the qualifications he possessed when he charged time in this matter, would be $395/hour, but the firm has elected in this motion to seek fees for his time at $350/hour, which is a reasonable rate."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs, seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs)"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $32.89 difference).[17] Adjusted *only* for such inflation from the year of Judge Lamberth's ruling (2019) to the end of 2022, that $350.00 hourly rate for Mr. Placzek is $382.89.

\* Vanessa Kinney (class of '07): Ms. Kinney works in Little Rock, Arkansas but her law firm keeps an office in San Antonio. Her online biography notes that she "focuses her practice primarily in the area of employment law." On August 14, 2019, Judge Royce C. Lamberth awarded Ms. Kinney's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2011-to-2022?amount=290

[17] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=350

amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on Ms. Kinney's rate of $350.00 per hour. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Declaration of Attorney Josh Sanford filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 168)) (listing rate: "Kinney, V. $350.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $32.89 difference).[18] Adjusted *only* for such inflation from the year of Judge Lamberth's finding (2019) to the end of 2022, that $350.00 hourly rate for Ms. Kinney is $382.89.

\* Kerry O'Brien (class of '02): Mr. O'Brien works in Austin. His law firm's online biography states: "We help employees, executives, and contractors recover their compensation – commissions, bonuses, equity, and overtime." On April 25, 2014, Judge Sam Sparks ruled that the requested rate of $300 per hour for Mr. O'Brien's work in an Austin FLSA case was reasonable. *See Rivera v. Eloy Herrera*, No. A-12-CA-1080-SS (Doc. 35) at p. 2 (W.D. Tex. Austin) ("Rivera's counsel represents he spent 16.3 hours on this case, and his legal assistant spent 0.9 hours on the case. Their respective hourly rates are $300 and $125. The Court finds these amounts to be reasonable, and awards the lodestar figure of $5,002.50."); *id.* (Doc. 31) at p. 5 (Plaintiff's Motion for Attorney's Fees: "Therefore, in accordance with the evidence, the Court is requested to award attorney fees . . . , which includes 16.3 hours by Kerry O'Brien multiplied by $300 / hour . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $75.86 difference).[19] Adjusted *only* for such inflation from the year of Judge Sparks's ruling (2014) to the end of 2022, that $300.00 hourly rate for Mr. O'Brien is $375.86.

\* Meredith Black-Matthews (class of '06): Ms. Black-Matthews works in Dallas. Her online biography states that her "practice focuses on employment litigation, specifically wage and hour litigation." On December 8, 2015, Judge David Alan Ezra ruled that $300.00 per hour was a reasonable rate for Ms. Black-Matthews's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be reasonable and customary for this type of litigation . . . Meredith Matthews . . . $300[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics,

---

[18] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=350

[19] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=300

the prices for legal services are 23.33% higher in 2022 versus 2015 (a $69.98 difference).[20] Adjusted *only* for such inflation from the year of Judge Ezra's ruling (2015) to the end of 2022, that $300.00 hourly rate for Ms. Black-Matthews is $369.98.

\* Carmen Artaza (class of '06): Ms. Artaza works in Dallas. Her online biography states that she has "practiced employment law exclusively since graduating law school in 2006." On July 5, 2012, Judge Lee Yeakel awarded $275 per hour for work Ms. Artaza did in an Austin FLSA case. *See Flowers v. Interra Hydro, Inc.*, No. 1:11-CV-421-LY (Doc. 35) at p. 3 (W.D. Tex. Austin) ("Thus, Flowers's rates of $275 per-hour for associates Artaza and . . . are sustained."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 31.49% higher in 2022 versus 2012 (a $86.60 difference).[21] Adjusted *only* for such inflation from the date of Judge Yeakel's award (2012) to the end of 2022, that $275 hourly rate for Ms. Artaza is $361.60.

\* Aaron Johnson (class of '08): Mr. Johnson works in Austin. His online biography states that his is a law firm "dedicated to enforcing workers' rights under the Fair Labor Standards Act—the federal law that guarantees overtime pay and minimum wages—together with other state and federal wage laws." On June 13, 2016, Judge Robert Pitman granted fees at the rates requested in a San Antonio FLSA case. *See Mohammadi v. Nwabuisi*, No. 5:12-cv-00042 (Doc. 148) at p. 9 (W.D. Tex. San Antonio) ("In light of these precedents, the Court concludes rates requested by Plaintiff and used in her lodestar calculation are reasonable and appropriate given the prevailing rates in the local legal market."). The hourly rate requested for Mr. Johnson's work was $300.00. *See id.* (Doc. 136) at p. 5 (Plaintiff's Third Motion for Attorney's Fees and Costs: "In this motion, Plaintiff's Counsel seeks the following rates in order to account for attorney tenure and current legal market conditions: Mr. Moss at $280/hour, Mr. Johnson at $300/hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[22] Adjusted *only* for such inflation from the year of Judge Pitman's ruling (2016) to the end of 2022, that $300.00 hourly rate for Mr. Johnson is $357.90.

---

[20] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=300

[21] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2022?amount=275

[22] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

\* Manuel Quinto-Pozos (class of '07): Mr. Quinto-Pozos works in Austin. His online biography states that he "practices employee-and union-side labor and employment law." On April 29, 2016, Judge Karin Crump awarded fees for work done in an Austin employment discrimination and retaliation case. *See Vigil v. City of Austin, Texas*, Cause No. D-1-GN-13-001742 (200th Judicial District Court for Travis County, Texas) (Final Judgment at p. 4: "Based upon the evidence presented to the Court, and the arguments of counsel, Plaintiff's motion for reasonable attorneys' fees and costs is hereby granted."). The fees requested and granted used an hourly rate of $300.00 for Mr. Quinto-Pozos's work. *See id.* (Plaintiff's Motion for Entry of Judgment & Award of Attorneys' Fees, dated March 24, 2016, at p. 3: "Manuel Quinto-Pozos . . . Hourly Rate Claimed . . . $300.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[23] Adjusted *only* for such inflation from the year of Judge Crump's ruling (2016) to the end of 2022, that $300.00 hourly rate for Mr. Quinto-Pozos is $357.90.

\* Matt Bachop (class of '06): Mr. Bachop works in Austin. His online biography notes that his practice areas include employment law. On April 29, 2016, Judge Karin Crump awarded fees for work done in an Austin employment discrimination and retaliation case. *See Vigil v. City of Austin, Texas*, Cause No. D-1-GN-13-001742 (200th Judicial District Court for Travis County, Texas) (Final Judgment at p. 4: "Based upon the evidence presented to the Court, and the arguments of counsel, Plaintiff's motion for reasonable attorneys' fees and costs is hereby granted."). The fees requested and granted used an hourly rate of $300.00 for Mr. Bachop's work. *See id.* (Plaintiff's Motion for Entry of Judgment & Award of Attorneys' Fees, dated March 24, 2016, at p. 3: "Matt Bachop . . . Hourly Rate Claimed . . . $300.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).[24] Adjusted *only* for such inflation from the year of Judge Crump's ruling to the end of 2022, that $300.00 hourly rate for Mr. Bachop is $357.90.

\* Alexander M. Baggio (class of '09): Mr. Baggio's online biography states that he "has worked on class and collective actions across the country, including those involving Rule 23 and the Fair Labor Standards Act (FLSA), as well as claims arising from employment contracts." Mr. Baggio is based in Minneapolis. On November 10, 2015, Judge Sam Sparks determined $275.00 was a reasonable hourly rate for work Mr. Baggio did in an Austin FLSA case. *See Clark*

---

[23] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

[24] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

*v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at p. 16 (W.D. Tex. Austin) ("Centene does not raise any specific objection to the hourly rate of $275 claimed by Alexander Baggio, and the Court finds it reasonable for the same reasons."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $64.15 difference).[25] Adjusted *only* for such inflation from the year of Judge Sparks's finding (2015) to the end of 2022, that $275.00 hourly rate for Mr. Baggio is $339.15.

---

[25] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=275

## *Classes of the 2010s*



# 20 lawyers listed

# $390.40 average rate

# $361.45 median rate

Fee Petition
APP. 000259



## Classes of the 2010s: The Rates

 **$639.97\*** Colin W. Walsh (JD 2011)

 $441.84\* Corey E. Tanner (JD 2011)

 $357.90\* John Neuman (JD 2012)

 $328.19\* Steve Rauls (JD 2011)

 $525.00\* Andrew R. Gray (JD 2017)

 $432.12\* Jairo N. Castellanos (JD 2015)

 $346.30\* Alicia M. Grant (JD 2016)

 $313.22\* Michael L. Parsons (JD 2011)

 $500.00\* Lauren Braddy (JD 2010)

 $390.00\* Lucas Meng (JD 2017)

 $334.04\* Phillip J. Moss (JD 2010)

 $300.84\* Allison Hartry (JD 2012)

 $468.97\* Andrew Vickers (JD 2012)

 $389.59\* Caitlin Boehne (JD 2012)w

 $331.38\* Melinda Arbuckle (JD 2011)

 $287.99\* Collin Wynne (JD 2010)

 $450.00\* Blayne Fisher (JD 2013)

 $365.00\* Joshua H. Sisam (JD 2011)

 $328.19\* Afroz Baig (JD 2015)

 **$277.48\*** Jay Forester (JD 2013)

## *Classes of the 2010s: The Work*



**\* Colin W. Walsh (class of '11):** Mr. Walsh works in Austin. His online biography states that his "practice focuses on representing workers against employers in cases involving discrimination, retaliation, unpaid wages, unpaid overtime, contract disputes, and whistleblowing actions." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for Mr. Walsh's work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at pp 14–15, 17 (W.D. Tex. San Antonio) ("For these efforts, Johnson's attorneys charge rates from $125 to $585 depending on the particular lawyer's experience, reputation, and ability; the weighted average hourly rate is roughly $445 . . . To support these rates' reasonableness, Walsh provides an affidavit from a disinterested fee-paying San Antonio client acknowledging he currently pays Walsh $585 hourly to litigate federal employment matters in San Antonio. . . . Southwest Research argues those rates are too high, citing the Texas state bar's four-year-old survey listing a $258 median hourly rate for San Antonio employment lawyers and a $250 median hourly rate for small San Antonio law firms, and noting only 5.1% of attorneys bill over $500 hourly. . . . Whatever probative value this survey has, it does not erode the evidence supporting the rates' reasonableness, particularly since other judges in this district have approved much higher hourly rates for less complicated cases . . . To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, . . ."). The fees request was based, in part, on Mr. Walsh's stated rate of $585.00 per hour. *See id.* (Doc. 152-1) at p. 6, ¶ 12 (Declaration Under Penalty of Perjury of Colin W. Walsh: "My current hourly rate—a rate that clients pay me when they choose representation on an hourly basis rather than on a contingency fee basis—is $585/hour. I charge and receive this rate in the Austin market (where I office) *and* in the San Antonio market (where I frequently have clients)."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs)"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022

versus 2019 (a $54.97 difference).[1] Adjusted *only* for such inflation from the year of Judge Lamberth's fee award (2019) to the end of 2022, that $585.00 hourly rate for Mr. Walsh is $639.97.

* **Andrew R. Gray (class of '17):** Mr. Gray works in Austin. His online biography states that he "represents and counsels employers on all aspects of workplace privacy and information security." In 2022, he billed at the rate of $525.00 per hour for his work defending an Austin breach of employment agreement case. *See Heaven Media Ltd. v. Everts*, No. 1:22-cv-00025 (Doc. 37) at p. 8 (W.D. Tex. Austin) (Defendants' Motion for Attorney's Fees: "For the reasons stated above, Defendants respectfully request that the Court grant this Motion and find that Plaintiff and/or its counsel are liable to Defendants for the attorney's fees that Defendants incurred . . . in the amount of $73,892.00 plus interest, and grant them such other and further relief to which they may be justly entitled to receive."); *id.* at p. 15, ¶ 8 (Declaration of Michael P. Royal: "His rate in this Action is $525.00, which is reasonable for the type of complex unfair competition litigation in this Action in the Austin area."). On December 6, 2022, Magistrate Judge Susan Hightower recommended granting this fee request that was premised, in part, on fees for Mr. Gray's work at that $525.00 per hour rate. *See id.* (Doc. 41) at p. 12 ("Based on the foregoing, the undersigned Magistrate Judge RECOMMENDS that the District Court GRANT Defendants' Motion for Attorney's Fees (Dkt. 37) and award attorneys' fees in the amount of $73,892.00."). On December 21, 2022, Judge Lee Yeakel approved and accepted that recommendation. *See id.* (Doc. 42) at p. 2 ("IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge, filed December 6, 2022 (Doc. #41), is APPROVED and ACCEPTED as set forth herein. IT IS FURTHER ORDERED that Defendants' Motion for Attorney's Fees, filed June 24, 2022 (Doc. #37), is GRANTED. Defendants shall recover their attorney's fees from Plaintiff in the amount of $73,892.00.").

* **Lauren Braddy (class of '10):** Ms. Braddy works in Corpus Christi. Her online biography states that she "focuse[s] her practice on wage and hour litigation under the Fair Labor Standards Act, representing clients in collective and class actions across the United States." On August 24, 2022, Judge Jason Pulliam found a rate of $500 per hour was reasonable for her work in prosecuting a San Antonio FLSA case. *See Champion v. Phaselink Util. Solutions, LLC*, No. SA-22-cv-00145 (Doc. 19) at p. 19 (W.D. Tex. San Antonio) ("According to the Affidavit, . . . Lauren Baddy, a Senior Attorney billed 8.3 hours at a rate of $500/hour . . . the Court . . . finds the time billed by Senior Attorney Lauren Braddy of $4,150.00 to be reasonable.").

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=585

**\* Andrew Vickers (class of '12):** Mr. Vickers works in Austin. His online biography states that his experience includes labor and employment matters. In 2021, he billed for work at the hourly rate of $440 in an Austin employment case involving claims of wrongful employment termination and defamation. *See Lanham v. AWR Servs., Inc.*, No. D-1-GN-20-003923 (419th Judicial District Court for Travis County, Texas) (Second Supplemental Declaration of Andrew Vickers filed April 8, 2021 at p. 2, ¶ 4: "By agreement with our client, the current hourly billing rate for services performed from January 1, 2021 through March 11, 2020 [sic] for this matter is $440 for me (a partner), $790 for Eric Taube (a partner), and $205 for Ann Marie Jezisek and Kristen Warner (paralegals). I am familiar with rates charges by attorneys in Texas for litigation matters and these rates are reasonable when compared to customary rates in Texas for lawsuits such as this one."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 6.58% higher in 2022 versus 2021 (a $28.97 difference).[2] Adjusted *only* for such inflation from the year of this billed rate (2021) to the end of 2022, that $440.00 hourly rate for Mr. Vickers is $468.97.

**\* Blayne Fisher (class of '13):** Ms. Fisher works in San Antonio. Her online biography states: "Since joining the legal team of Anderson Alexander, Blayne has focused her practice on wage and hour litigation under the Fair Labor Standards Act.  In addition to FLSA cases, Blayne continues to represent individuals and businesses in first party insurance litigation." On August 24, 2022, Judge Jason Pulliam found a rate of $450 per hour was reasonable for her work in prosecuting a San Antonio FLSA case. *See Champion v. Phaselink Util. Solutions, LLC*, No. SA-22-cv-00145 (Doc. 19) at p. 19 (W.D. Tex. San Antonio) ("According to the Affidavit, . . . Blayne Fisher billed 8.6 hours at a rate of $450/hour . . . . The Court finds the fees billed and assessed by attorney Blayne Fisher of $3,870.00 to be reasonable . . . .").

**\* Corey E. Tanner (class of '11):** Ms. Tanner works in Austin. Her online biography notes that her practice areas include labor and employment law. On December 18, 2020, in a Dallas case involving allegations of race discrimination in employment, there was testimony stating her standard hourly rate in 2018 and 2019 was approximately $400.00 per hour. *See Ibarra v. Jacobs Eng. Group, Inc.*, No. 3:19-cv-01437-C (Doc. 41-1) at p. 12, ¶ 21 (N.D. Tex. Dallas) (Declaration of John M. Barcus:  "Prior to my involvement in the lawsuit, Corey E. Tanner, an associate in the Firm's Austin office who became licensed to practice law in Texas

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2021-to-2022?amount=440

in 2011, performed the majority of the work on the case. Her standard rate for 2018 and 2019 was approximately $400.”). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $41.84 difference).3 Adjusted *only* for such inflation from the year of this stated rate in 2018 to the end of 2022, that $400.00 hourly rate for Ms. Tanner is $441.84.

**\* Jairo N. Castellanos (class of '15):** Mr. Castellanos works in Austin. His online biography states that he “has practiced employment law his entire career.” On August 23, 2019, Judge Royce C. Lamberth granted fees requested for Mr. Castellanos's work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17 (W.D. Tex. San Antonio) (“To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually[.]”). The fees request was based, in part, on Mr. Castellanos's stated rate of $395.00 per hour. *See id.* (Doc. 152-1) at p. 6, ¶ 14 (Declaration Under Penalty of Perjury of Colin W. Walsh:  “The firm's current (since January 2017) rate for associate Jairo N. Castellanos is $395/hour. This is the rate the firm charges and receives for Mr. Castellanos's time in the San Antonio market.”); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs seeking “Post-judgment interest on $536,430.77 (the combined award of fees and costs)”). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $37.12 difference).4 Adjusted *only* for such inflation from the year of Judge Lamberth's award (2019) to the end of 2022, that $395.00 hourly rate for Mr. Castellanos is $432.12.

**\* Lucas Meng (class of '17):** Mr. Meng works in Austin. His online biography states that he “he defends clients in a wide variety of employment law matters.” In 2022, he billed at the rate of $390.00 per hour for his work defending an Austin breach of employment agreement case. *See Heaven Media Ltd. v. Everts*, No. 1:22-cv-00025 (Doc. 37) at p. 8 (W.D. Tex. Austin) (Defendants' Motion for Attorney's Fees: “For the reasons stated above, Defendants respectfully request that the Court grant this Motion and find that Plaintiff and/or its counsel are liable to Defendants for the attorney's fees that Defendants incurred . . . in the amount of $73,892.00 plus interest, and grant them such other and further relief to which they may be justly entitled to receive.”); *id.* at p. 15, ¶ 9 (Declaration of Michael P. Royal: “His rate in this Action is $390.00, which is reasonable

---

3 https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=400

4 https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=395

for the type of complex unfair competition litigation in this Action in the Austin area." On December 6, 2022, Magistrate Judge Susan Hightower recommended granting this fee request that was premised, in part, on fees for Mr. Meng's work at that 390.00 per hour rate. *See id.* (Doc. 41) at p. 12 ("Based on the foregoing, the undersigned Magistrate Judge RECOMMENDS that the District Court GRANT Defendants' Motion for Attorney's Fees (Dkt. 37) and award attorneys' fees in the amount of $73,892.00."). On December 21, 2022, Judge Lee Yeakel approved and accepted that recommendation. *See id.* (Doc. 42) at p. 2 ("IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge, filed December 6, 2022 (Doc. #41), is APPROVED and ACCEPTED as set forth herein. IT IS FURTHER ORDERED that Defendants' Motion for Attorney's Fees, filed June 24, 2022 (Doc. #37), is GRANTED. Defendants shall recover their attorney's fees from Plaintiff in the amount of $73,892.00.").

**\* Caitlin Boehne (class of '12):** Ms. Boehne works in Austin. Her online biography states that she has "experience handling impact employment law claims for low-wage, immigrant workers." On August 10, 2020, Magistrate Judge Susan Hightower ruled that $360.00 per hour was a reasonable rate for Ms. Boehne's work in an Austin FLSA case. *See Barrientos v. Mikatsuki Int'l, Inc.*, No. 1:18-CV-00934-RP (Doc. 38) at p. 10, 2020 WL 4581883 (W.D. Tex. Austin) (noting time records "14.7 hours of work by licensed attorney Caitlin Boehne at a rate of $360 per hour (totaling $5,112, after write-offs and reductions) . . ." and ruling "After carefully reviewing the time records and declaration, the Court finds the hours expended on the case, and the hourly rates charged, are reasonable."). On September 4, 2020, Judge Robert Pitman adopted Magistrate Judge Susan Hightower's report and recommendation that fees be awarded on that rate. *See id.* (Doc. 39). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $29.59 difference).[5] Adjusted *only* for such inflation from the year of these court rulings (2020) to the end of 2022, that $360.00 hourly rate for Ms. Boehne is $389.59.

**\* Joshua H. Sisam (class of '11):** Ms. Boehne works in Boerne. His testimony is that he has "experience in civil litigation, including employment disputes." *Leininger v. Marriott Int'l Inc.*, No. 5:21-cv-01160 (Doc. 7) at p. 2, ¶ 9 (W.D. Tex. San Antonio Jan. 26, 2022). In 2022, he sought fees at the rate of $365.00 per hour for his work in a San Antonio employment discrimination case. *See id.* ("Staff . . . JHS . . . rate . . . $365 . . . Total Attorney Fees for Second Remand . . . $6,075.00."). On February 9, 2022, Judge Jason Pulliam granted all the fees

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=360

requested for that second remand motion. *See id.* (Doc. 11) at p. 2 ("Upon consideration of Leininger's Motion for attorney fees and expenses and evidentiary support, IT IS HEREBY ORDERED Marriott shall pay Leininger a total of $6,075.00 for the reasonable attorney fees, costs, and expenses incurred in filing the second Motion to Remand.").

**\* John Neuman (class of '12):** Ms. Neuman works in Houston. His online biography notes that the "primary focus of John's practice is the recovery of unpaid wages." On January 8, 2016, Judge Robert Pitman awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr. Neuman's rate of $300 per hour. *See id.* (Doc. 19) at p. 2 (motion for fees and costs: "Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . 27.4 hours for John Neuman, associate, at the rate of $300 per hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $57.90 difference).6 Adjusted *only* for such inflation from the year of Judge Pitman's fee award (2016) to the end of 2022, that $300.00 hourly rate for Mr. Neuman is $357.90.

**\* Alicia M. Grant (class of '16):** Ms. Grant works in San Antonio. Her online biography states that her "practice focuses on all aspects of product liability actions, mass torts, and complex commercial litigation in state and federal courts, including class actions and multi-district litigation." In 2020, her law firm billed her work in a San Antonio employment termination case to a client at the hourly rate of $320.00. *See Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) (Affidavit of Mario A. Barrera: "I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on this lawsuit based on an hourly fee. . . . Alicia M. Grant, Associate at NRF, has spent 2.4 hours reviewing cases and the hearing transcript and preparing the Motion. Ms. Grant's hourly rate is $320."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.22% higher in 2022 versus 2020 (a $26.30 difference).7 Adjusted *only* for such inflation from

---

6 https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=300

7 https://www.officialdata.org/Legal-services/price-inflation/2020-to-2022?amount=320

the year of this billing (2020) to the end of 2022, that $320 hourly rate for Ms. Grant is $346.30.

**\* Philip J. Moss (class of '10):** Mr. Moss currently works in San Antonio for the United States Equal Employment Opportunity Commission—and previously worked in San Antonio for the Equal Justice Center, where he represented low-wage earners in employment matters. On June 13, 2016, Judge Robert Pitman granted fees at the rates requested in a San Antonio FLSA case. *See Mohammadi v. Nwabuisi*, No. 5:12-cv-00042 (Doc. 148) at p. 9 (W.D. Tex. San Antonio) ("In light of these precedents, the Court concludes rates requested by Plaintiff and used in her lodestar calculation are reasonable and appropriate given the prevailing rates in the local legal market."). The hourly rate requested for Mr. Moss's work was $280.00. *See id.* (Doc. 136) at p. 5 (Plaintiff's Third Motion for Attorney's Fees and Costs: "In this motion, Plaintiff's Counsel seeks the following rates in order to account for attorney tenure and current legal market conditions: Mr. Moss at $280/hour, Mr. Johnson at $300/hour[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 19.30% higher in 2022 versus 2016 (a $54.04 difference).[8] Adjusted *only* for such inflation from the year of Judge Pitman's ruling on rates (2016) to the end of 2022, that $280 hourly rate for Mr. Moss is $334.04.

**\* Melinda Arbuckle (class of '11):** Ms. Arbuckle works in Dallas for "Wage and Hour Firm." On September 20, 2018, Judge Alia Moses ruled that a reasonable hourly rate for her work in a Del Rio FLSA case was $300 per hour. *See Cruz v. Maverick County*, No. DR-14-CV-050-AM (Doc. 115) at p. 8 (W.D. Tex. Del Rio) ("Based on all of these factors, the Court finds that the lodestar amount for both Mr. Levy and Ms. Arbuckle should be adjusted downward. The Court finds that a reasonable hourly fee for both attorneys is $300 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 10.46% higher in 2022 versus 2018 (a $31.38 difference).[9] Adjusted *only* for such inflation from the year of Judge Moses's finding (2018) to the end of 2022, that $300 hourly rate for Ms. Arbuckle is $331.38.

**\* Afroz Baig (class of '15):** Ms. Baig works in Oakland and previously worked in Washington, D.C. On January 3, 2019, Magistrate Judge Andrew W.

---

[8] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2022?amount=280

[9] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2022?amount=300

Austin found a rate of $300.00 per hour was reasonable for her work in an Austin wrongful termination in employment case. *See Harper v. Travis County Emergency Servs. Dist. 5*, No. 1-17-cv-01174-AWA (W.D. Tex. Austin) ("Plaintiff's counsel billed its partners' work at $400 per hour and its associate's work (who did the bulk of the work) at $300 per hour. . . . [T]he Court, based on its experience and discretion, finds the ourly rates billed to be reasonable. . . . 4.6 hours @ $400/hr (Woodley & Mechak) = $1,840; 17.9 hours @ $300/hr (Baig ) = $5,370; $1,840 + $5,370 = $7,210."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $28.19 difference).10 Adjusted *only* for such inflation from the year of this ruling (2019) to the end of 2022, that $400.00 hourly rate for Ms. Baig is $328.19.

**\* Steve Rauls (class of '11):** Mr. Rauls works in Little Rock, Arkansas but his law firm keeps an office in San Antonio. His online biography notes that he "primarily represents employees who have been unfairly denied their full pay." On August 14, 2019, Judge Royce C. Lamberth awarded Mr. Rauls's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on the requested rate of $300 per hour for Mr. Rauls's time. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Declaration of Attorney Josh Sanford filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 168): listing rate: "Rauls, S. $300.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $28.19 difference).11 Adjusted *only* for such inflation from the year of Judge Lamberth's fee award (2019) to the end of 2022, that $300.00 hourly rate for Mr. Rauls is $328.19.

**\* Michael L. Parsons (class of '11):** Mr. Parsons works in Austin. On October 8, 2014, Judge Xavier Rodriguez ruled $250.00 per hour was a reasonable rate for Mr. Parson's work in a San Antonio FLSA case. *See Meesook v. Grey Canyon Family Medicine, P.A.*, No. 5:13-cv-729-XR (Doc. 39), 2014 WL 5040133 (W.D. Tex. San Antonio) ("Plaintiff asserts that . . . $250/hour is appropriate for Michael Parsons. . . . Based on the affidavits and evidence submitted by

---

10 https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=300

11 https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=300

Plaintiffs attorneys, the Court finds that the requested rates are reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.29% higher in 2022 versus 2014 (a $63.22 difference).12 Adjusted *only* for such inflation from the year of Judge Rodriguez's fee award (2014) to the end of 2022, that $250 hourly rate for Mr. Parsons is $313.22.

**\* Allison Hartry (class of '12):** Ms. Hartry works in San Antonio. Her online biography notes that she focuses her practice on labor and employment law. On March 19, 2019, Judge David Briones granted Ms. Hartry's law firm's request for attorneys' fees in an El Paso FLSA case. *See Bally v. Dreams Cabaret, LLC,* No. EP-CV-30-DB (Doc. 93) at p. 1 (W.D. Tex. El Paso) ("Plaintiffs ask the Court to award them $111,084.50 in attorney's fees and enter a final judgment in this case. After due consideration, the Court is of the opinion that Plaintiffs' Motion should be granted."). This amount of fees granted was based, in part, on Ms. Hartry's requested rate of $275 per hour. *See id.* (Doc. 92) at pp. 6, 7 & 9 (Plaintiff's Motion for Attorneys' Fees and Costs and for Entry of Final Judgment: "Based on the lodestar analysis, Plaintiffs seek $111,084.50 in attorneys' fees . . . Mr. Morales and Ms. Hartry performed all attorney work on this case. . . . Ms. Hartry's standard billing rate of $275.00 per hour is reasonable. . . . During the time period most of the attorney's fees were incurred litigating this case, Ms. Hartry charged clients, and clients paid her, an hourly rate of $275.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 9.40% higher in 2022 versus 2019 (a $25.84 difference).13 Adjusted *only* for such inflation from the year of Judge Briones's ruling to the end of 2022, that $275.00 hourly rate for Ms. Hartry is $300.84.

**\* Collin Wynne (class of '10):** Mr. Wynne works in Amarillo. His online biography lists several practice areas, including labor and employment. On January 30, 2017, Judge David Counts determined that the requested rate of $250.00 per hour was reasonable for work Mr. Wynne did in a Midland/Odessa FLSA case. *See Carley v. Crest Pumping Technologies, LLC,* No. 7:15-cv-00161 (Doc. 134) at p. 10 (W.D. Tex. Midland/Odessa) ("With these reductions, the Court determines the lodestar fee is $160,932.18 in fees and costs as set forth below . . . Timekeeper . . . Rate . . . Collin Wynne . . . $250.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.20% higher in 2022 versus 2017 (a $37.99

---

12 https://www.officialdata.org/Legal-services/price-inflation/2014-to-2022?amount=250

13 https://www.officialdata.org/Legal-services/price-inflation/2019-to-2022?amount=275

difference).14 Adjusted *only* for such inflation from the year of Judge Counts's determination (2017) to the end of 2022, that $250 hourly rate for Mr. Wynne is $287.99.

**\* Jay Forester (class of '13):** Mr. Forester works in Dallas. His law firm's online biography states that he and another member of his law firm "oversee[] the firm's unpaid wages and overtime practice and handle[] cases nationwide." On December 8, 2015, Judge David Alan Ezra ruled that $225.00 per hour was a reasonable rate for Mr. Forester's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be reasonable and customary for this type of litigation . . . Jay Forester . . . $225"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.33% higher in 2022 versus 2015 (a $52.48 difference).15 Adjusted *only* for such inflation from the year of Judge Ezra's ruling (2015) to the end of 2022, that $225 hourly rate for Mr. Forester is $277.48.

---

14 https://www.officialdata.org/Legal-services/price-inflation/2017-to-2022?amount=250

15 https://www.officialdata.org/Legal-services/price-inflation/2015-to-2022?amount=225